UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Search Warrant dated November 5, 2021,   **ORDER**

ANALISA TORRES, District Judge:

    In their letter dated November 10, 2021, Petitioners' attorneys represented to the Court that the Goverment had *volunteered* to "stop its extraction and potential review of [Petitioner] O'Keefe's phone after the filing" of Petitioners' motion.  Pet. Mot. at 3.  In the Government's response dated November 12, 2021, the Government confirms that it paused extraction and review of the contents of Petitioner O'Keefe's cellphones and requests an extension of the briefing schedule.  The Government's request is GRANTED.  Accordingly,

1. By **November 19, 2021**, the Government shall provide the Court with its response to Petitioners' motion; and
2. By **November 24, 2021**, Petitioners shall provide the Court with their reply, if any.

The Clerk of Court is directed to open a miscellaneous case.

SO ORDERED.

Dated: November 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge