

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2021

**BY EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
torres_nysdchambers@nysd.uscourts.gov

Re:   *In re Search Warrant dated November 5, 2021*, 21 Mag. 10685 (AT)

Dear Judge Torres:

The Government respectfully submits this letter to update the Court regarding the status of the extraction and review of the cellphones seized pursuant to the search warrant at issue and to request a brief extension of time in which to file the Government's response to the Petitioners' motion.

On November 11, 2021, promptly after receiving the Court's order of that same date, the Government paused its extraction and review of the contents of O'Keefe's cellphones, and informed Petitioners' counsel of the same. In light of that pause, the Government respectfully requests that the Court briefly extend the time in which the Government must file its response to Petitioners' motion from November 16, 2021, to November 19, 2021, and that the Court permit a similar extension of the Petitioners' time to file their reply, if any. The Petitioners object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Robert B. Sobelman*
Jacqueline Kelly
Mitzi Steiner
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2456/2284/2616