UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                                  :

In re Search Warrant Dated November 5, 2021     :         Case No. 21-MC-00813 (AT)

----------------------------------------------------------------- x

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for James

O'Keefe and Project Veritas in connection with the referenced matter and requests that all notices given

or required to be given, and all papers served or required to be served, be given to or served upon:

> Harlan Protass
> PROTASS LAW PLLC
> 260 Madison Avenue
> 22nd Floor
> New York, NY 10016
> T. 212-455-0335
> F. 646-607-0760
> hprotass@protasslaw.com

Dated:  New York, NY
           November 15, 2021

PROTASS LAW PLLC

By: _____
        Harlan Protass
260 Madison Avenue
22nd Floor
New York, NY 10016
T. 212-455-0335
F. 646-607-0760
hprotass@protasslaw.com

*Counsel for James O'Keefe*
*and Project Veritas*

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 15, 2021 I caused a true and correct copy of

the foregoing NOTICE OF APPEARANCE, dated November 15, 2021, to be served via ECF upon all

parties of record herein.

By: _____
Harlan Protass