UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Search Warranted dated November 5, 2021, 21 MAG 10685

_____/

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, Paul A. Calli, being duly sworn, hereby depose and say as follows:

1. I am a(n) attorney with the law firm of Calli Law, LLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Florida.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, affiant respectfully submits that he be permitted to appear as counsel in the above captioned matter for James O'Keefe, Project Veritas and Project Veritas Action Fund.

Date 11/10/21

Paul A. Calli
Calli Law, LLC
One Flagler Building
14 Northeast 1st Avenue, Suite 1100
Miami, FL 33132
Telephone: (786) 504-0911
Facsimile: (786) 504-0912

STATE OF __NEW YORK__
COUNTY OF __WESTCHESTER__

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by Paul A. Calli on this __10th__ day of November, 2021.

_____
NOTARY PUBLIC

Print name: __Harry Otto__

My Commission Expires: __7/16/2022__

( ) Personally known or
(X) Produced __FLORIDA DL  C400-681__ as identification.
__67-470-0__

**HARRY OTTO**
NOTARY PUBLIC, STATE OF NEW YORK
Registration Number # 01OT6378080
Qualified in Westchester County
Commission Expires 07/16/2022

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )       In Re:  0994121
Paul A Calli
Calli Law, LLC
14 NE 1st Ave Ste 1100
Miami, FL 33132-2409

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **December 21, 1993**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 7th day of **November**, **2021**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-158809