# EXHIBIT C

# Charles Short

| | |
|---|---|
| **From:** | Roberta Kaplan <rkaplan@kaplanhecker.com> |
| **Sent:** | Thursday, October 29, 2020 1:02 PM |
| **To:** | Jered Ede; Benjamin White |
| **Cc:** | Marshall L. Miller; Michael Ferrara; Alexandra Conlon; Thea Raymond-Sidel |
| **Subject:** | RE: Project Veritas's Oct. 16, 2020 Letter |

This is insane; we should send to SDNY

**Roberta Kaplan | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0883
rkaplan@kaplanhecker.com

---

**From:** Jered Ede <Jered@projectveritas.com>
**Sent:** Thursday, October 29, 2020 12:54 PM
**To:** Benjamin White <bwhite@kaplanhecker.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Marshall L. Miller <mmiller@kaplanhecker.com>; Michael Ferrara <mferrara@kaplanhecker.com>
**Subject:** Re: Project Veritas's Oct. 16, 2020 Letter

Counsel:

I think you and I likely have a shared interest in resolving this matter expeditiously. I have not heard back from you since the 10/23 correspondence I sent you below, so I wanted to reach back out to confirm how you would like to handle confirmation of ownership so this can be resolved.

Please advise.

Jered T. Ede



**Jered T. Ede**
**Chief Legal Officer**
Project Veritas

---

**From:** Jered Ede <Jered@projectveritas.com>
**Date:** Friday, October 23, 2020 at 4:53 PM
**To:** Benjamin White <bwhite@kaplanhecker.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>, "Marshall L. Miller" <mmiller@kaplanhecker.com>, Michael Ferrara <mferrara@kaplanhecker.com>
**Subject:** Re: Project Veritas's Oct. 16, 2020 Letter

Mr. White and Ms. Kaplan:

Please see Project Veritas' attached response.

Jered T. Ede

1



**Jered T. Ede**
**Chief Legal Officer**
Project Veritas

---

**From:** Benjamin White <bwhite@kaplanhecker.com>
**Date:** Thursday, October 22, 2020 at 7:22 PM
**To:** Jered Ede <Jered@projectveritas.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>, "Marshall L. Miller" <mmiller@kaplanhecker.com>, Michael Ferrara <mferrara@kaplanhecker.com>
**Subject:** RE: Project Veritas's Oct. 16, 2020 Letter

Mr. Ede—

Please see the attached letter.

-Ben

---

**From:** Jered Ede <Jered@projectveritas.com>
**Sent:** Thursday, October 22, 2020 9:39 AM
**To:** Benjamin White <bwhite@kaplanhecker.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Marshall L. Miller <mmiller@kaplanhecker.com>; Michael Ferrara <mferrara@kaplanhecker.com>
**Subject:** Re: Project Veritas's Oct. 16, 2020 Letter

See the attached.

Best Regards,
Jered T. Ede



**Jered T. Ede**
**Chief Legal Officer**
Project Veritas

---

**From:** Benjamin White <bwhite@kaplanhecker.com>
**Date:** Wednesday, October 21, 2020 at 8:36 PM
**To:** Jered Ede <Jered@projectveritas.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>, "Marshall L. Miller" <mmiller@kaplanhecker.com>, Michael Ferrara <mferrara@kaplanhecker.com>
**Subject:** RE: Project Veritas's Oct. 16, 2020 Letter

Mr. Ede—

Please see the attached letter.

-Ben

**From:** Jered Ede <Jered@projectveritas.com>
**Sent:** Wednesday, October 21, 2020 11:00 AM
**To:** Benjamin White <bwhite@kaplanhecker.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Marshall L. Miller <mmiller@kaplanhecker.com>; Michael Ferrara <mferrara@kaplanhecker.com>
**Subject:** Re: Project Veritas's Oct. 16, 2020 Letter

Please see the attached correspondence.

Best Regards,
Jered T. Ede



**Jered T. Ede**
Chief Legal Officer
Project Veritas

---

**From:** Benjamin White <bwhite@kaplanhecker.com>
**Date:** Tuesday, October 20, 2020 at 8:17 PM
**To:** Jered Ede <Jered@projectveritas.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>, "Marshall L. Miller" <mmiller@kaplanhecker.com>, Michael Ferrara <mferrara@kaplanhecker.com>
**Subject:** Project Veritas's Oct. 16, 2020 Letter

Mr. Ede—

Please see the attached letter.

-Ben

**Benjamin White | Kaplan Hecker & Fink LLP**
Senior Associate
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2548| (M) 617.417.2334
bwhite@kaplanhecker.com

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure,*

*dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

4