# EXHIBIT D



CALLI LAW, LLC
One Flagler Building, Suite 1100
14 Northeast 1st Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

October 27, 2021

Daniel Gitner
Criminal Division Chief
United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Via Federal Express

Re:   James O'Keefe and Project Veritas

Dear Mr. Gitner:

This Firm represents James O'Keefe and Project Veritas. Mr. O'Keefe is a journalist and Project Veritas is a non-profit media and journalism organization.

I believe that your office is conducting an investigation regarding a matter about which Project Veritas has material and helpful information. I believe the Assistant United States Attorney handling the investigation is Mitzi Steiner. Yesterday my call to your office was put through to Ms. Steiner's office at my request, and Ms. Steiner answered. I identified myself, my clients, and requested an opportunity to speak regarding the investigation. Ms. Steiner asked me how I obtained her name, whether I obtained any other information, stated that she could not speak with me and thanked me for my call before hanging up.

Based on the foregoing I hope that your office has not formed misapprehensions about my clients.

My clients have authorized me to provide an attorney proffer. When or if your office is interested in communicating regarding the investigation, please contact me. In the interim, I am authorized to accept any letter or subpoena from the Department of Justice by email, on behalf of my clients. Reference is hereby made, however, to 28 C.F.R § 50.10 and Justice Manual 9-13.400.

Sincerely,

Paul A. Calli

Chas Short

CC:   Mitzi Steiner, Assistant United States Attorney, Via Federal Express
      Laura Grossfield Birger, Criminal Division Chief, Via Federal Express