UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: Search Warrant Dated November 5, 2021 | ) ) ) ) ) ) ) NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>21 Misc. 813 (AT) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

                    by: /s/ Jacqueline Kelly
                          Jacqueline Kelly
                          Assistant United States Attorney
                          (212) 637-2456