

**CALLI LAW, LLC**
One Flagler Building, Suite 1100
14 Northeast 1st Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

November 14, 2021

**BY EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>In re Search Warrant dated November 5, 2021</u>, 21 MAG 10685

Dear Judge Torres:

    The purpose of this letter is to clarify an inadvertent misstatement we made in our November 10, 2021 letter to the Court, which came to our attention upon review of Your Honor's Order dated Friday November 12, 2021.

    As reflected in Exhibits 1 and 2 attached to this letter, at all times the government *refused* our request to *voluntarily* pause extraction of materials from the phones it seized from Mr. O'Keefe.

    Accordingly, footnote 1 in our pleading remains accurate. Footnote 1 states: "The government represented to the undersigned that it would 'pause substantive review – ***but not technical extraction***' of the materials contained on Mr. O'Keefe's phones, upon filing of our motion."

    The following language, at the top of page three of our November 10, 2021, pleading was inadvertently erroneous, because as reflected in **Exhibits 1** and **2**, the government always refused our request to voluntarily pause extraction: "In a November 8, 2021, meet and confer phone call, the government stated that it would only stop its extraction and potential review of Mr. O'Keefe's phone after the filing of this Motion."

    We believe that the government continued extraction *after* we filed our motion, because it had declined to voluntarily pause extraction. It was only *after* the Court *ordered* the government to pause extraction, that the government informed us that it paused extraction.

    We apologize to the Court for having provided an inadvertent misstatement in our November 10, 2021 letter, as set forth above.

1

2

          Sincerely,

By:   /s/ Paul A. Calli
      Paul A. Calli
      Florida Bar No. 994121
      Chas Short
      Florida Bar No. 70633
      CALLI LAW, LLC
      14 NE 1st Ave, Suite 1100
      Miami, FL 33132
      Telephone: (786) 504-0911
      Facsimile (786) 504-0912
      PCalli@Calli-Law.com
      CShort@Calli-Law.com

*Pro Hac Vice Motion to Be Filed*


By: s/ Harlan Protass
     Harlan Protass
     PROTASS LAW PLLC
     260 Madison Avenue, 22nd Floor
     New York, NY 10016
     Telephone: 212-455-0335
     hprotass@protasslaw.com

| /s/ Benjamin T. Barr | /s/ Stephen R. Klein |
|---|---|
| Benjamin Barr | Stephen R. Klein |
| BARR & KLEIN PLLC | Bar No. 177056 |
| 444 N. Michigan Avenue Ste. 1200 | BARR & KLEIN PLLC |
| Chicago, IL 60611 | 1629 K St. N.W., Ste. 300 |
| Telephone: (202) 595-4671 | Washington, DC 20006 |
| Ben@barrklein.com | Telephone: (202) 804-6676 |
| | steve@barrklein.com |

*Pro Hac Vice Motion to Be Filed Forthwith*

2