# EXHIBIT 1

## Chandra Bussone

| | |
|---|---|
| **From:** | Sobelman, Robert (USANYS) <Robert.Sobelman@usdoj.gov> |
| **Sent:** | Thursday, November 11, 2021 7:27 AM |
| **To:** | Paul Calli |
| **Cc:** | Chandra Bussone; Steiner, Mitzi (USANYS); Kelly, Jacqueline (USANYS) 2; Charles Short; Harlan Protass |
| **Subject:** | Re: [EXTERNAL] Re: James O'Keefe |

Paul,

The substantive review of your client's phones was paused upon the filing of your motion.

Thanks,

Rob

On Nov 11, 2021, at 12:53 AM, Paul Calli <pcalli@calli-law.com> wrote:

Rob,

I hit send too quickly on my email below.

Please confirm that, at 6:18 pm on 11/10/21, the government suspended substantive review of materials on, or extracted from, Mr. O'Keefe's two phones seized during execution of the warrant at his apartment.

Sincerely,

Paul

Paul A. Calli, Esq.
Calli Law, LLC
One Flagler Building
14 Northeast 1st Avenue, Suite 1100
Miami, FL 33132
786-504-0911 O
786-504-0912 F
305-401-8994 C
PCalli@Calli-law.com
https://protect2.fireeye.com/v1/url?k=3f913333-600a0be4-3f9617d6-0cc47adca7d0-488c51cbae20af16&q=1&e=96632250-0d97-4a75-9cad-f8c99709b84f&u=http%3A%2F%2Fwww.calli-law.com%2F

Sent from my iPhone

> On Nov 11, 2021, at 12:51 AM, Paul Calli <pcalli@calli-law.com> wrote:
>
> Please confirm that the government suspended substantive review of materials on, or extracted from, Mr. O'Keefe's two phones seized during execution of the warrant at his apartment.