

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Stephen Ralph Klein, P74687 of Washington, District of Columbia is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on December 23, 2010 in Wayne County and became a member of the State Bar of Michigan on February 22, 2011.

Janet K. Welch, Executive Director
November 08, 2021