

U.S. Department...

United States...
Southern Dis...

The Silvio J. Mollo...
One Saint Andrew's...
New York, New Yor...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021
```

November 15, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that the Government be permitted to respond on or before November 19, 2021, to the motion filed earlier today by James E. O'Keefe, III, and Project Veritas (Dkt. No. 13).

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By: *Robert B. Sobelman*

        Jacqueline Kelly
        Mitzi Steiner
        Robert B. Sobelman
        Assistant United States Attorneys
        (212) 637-2456/2284/2616

Cc: All Counsel of Record (ECF)

GRANTED.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

                    ANALISA TORRES
              United States District Judge