UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

In re Search Warrant dated November 5, 2021,         21-MC-00813 (AT)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Local Civil Rule 1.3 and Local Criminal Rule 1.1(b) of the the United States Courts for the Southern and Eastern Districts of New York, Stephen Klein hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for James O'Keefe in the above-captioned action.

I am in good standing of the bars of the states of Illinois, Michigan and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3.

Dated: November 16, 2021        Respectfully Submitted,

Applicant Signature: *Stephen Klein*

Applicant's Name:  Stephen R. Klein

Firm Name:       Barr & Klein PLLC

Address:         1629 K St NW Ste. 300

City/State/Zip:  Washington, DC 20006

Telephone/Fax:   202-804-6676

Email:           steve@barrklein.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 16, 2021 I caused a true and correct copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* and attachments to be filed via ECF upon all parties of record herein.

*Stephen Klein*
Stephen R. Klein