# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Search Warrant dated November 5, 2021,   21-MC-00813 (AT)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Stephen Klein, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Barr & Klein PLLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of good Standing annexed hereto, I am a member in good standing of the bars of the states of Illinois, Michigan, and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registrations numbers are 6300226 (Illinois), P74687 (Michigan) and 177056 (D.C.).

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case for James O'Keefe III.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Dated: November 15, 2021

Respectfully Submitted,

Applicant Signature: *Stephen Klein*

Applicant's Name: Stephen R. Klein

Firm Name: Barr & Klein PLLC

Address: 1629 K St NW Ste. 300

City/State/Zip: Washington, DC 20006

Telephone/Fax: 202-804-6676

Email: steve@barrklein.com





Tonnesha Fears
Notary Public, State of Texas
Comm. Expires 04-14-2024
Notary ID 132436988

Notarized Online with NotaryLive.com

This document is signed by

| Signatory | CN=Tonnesha m fears, DNQ=A01410C0000017C2D7CA0C50000AF39, O=Texas, C=US |
|---|---|
| Date/Time | Mon Nov 15 20:00:55 UTC 2021 |
| Issuer-Certificate | CN=IGC CA 1, OU=IdenTrust Global Common, O=IdenTrust, C=US |
| Serial-No. | 85078302649721902363942809947487086522 |
| Method | urn:adobe.com:Adobe.PPKLite:adbe.pkcs7.sha1 (Adobe Signature) |