UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

In re Search Warrant dated November 5, 2021,   21-MC-00813 (AT)

_____

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen R. Klein, to be admitted, *pro hac vice*, to represent James O'Keefe, (the "Client"), a petitioner in the above-referenced adversary proceeding, and upon movant's certification that the movant is a member in good standing of the bars of the States of Illinois, Michigan, and the District of Columbia, it is hereby

ORDERED, that Stephen R. Klein is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Client, in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/_____

Hon. Analisa Torres
United States District Judge