UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

In re Search Warrant dated November 5, 2021,            21-MC-00813 (AT)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

_____

Pursuant to Local Civil Rule 1.3 and Local Criminal Rule 1.1(b) of the the United States Courts for the Southern and Eastern Districts of New York, Benjamin Barr hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for James O'Keefe in the above-captioned action.

I am in good standing of the bars of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3.

Dated: November 17, 2021            Respectfully Submitted,

Applicant Signature: *Benjamin Barr*

Applicant's Name: Benjamin Barr

Firm Name:        Barr & Klein PLLC

Address:          444 N. Michigan Avenue #1200

City/State/Zip:   Chicago, Illinois 60611

Telephone/Fax:    202-595-4671

Email:            ben@barrklein.com