UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

In re Search Warrant dated November 5, 2021,         21-MC-00813 (AT)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE*

I, Benjamin T. Barr, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Barr & Klein PLLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the certificate of good standing annexed hereto, I am a member in good standing of the bar of the state of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registrations number is: 6274521

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case for James O'Keefe III.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Dated: November 17, 2021    Respectfully Submitted,

Applicant Signature: *Benjamin Barr*

Applicant's Name:  Benjamin Barr

Firm Name:          Barr & Klein PLLC

Address:            444 N. Michigan Avenue #1200

City/State/Zip:    Chicago, Illinois 60611

Telephone/Fax:    202-595-4671

Email:              ben@barrklein.com

*See attached document*


Case 1:21-mc-00813-AT   Document 18-1   Filed 11/17/21   Page 3 of 3

**JURAT**

State/Commonwealth of  **VIRGINIA**  )
)
☐ City ☑ County of **Hampton**  )

On **11/17/2021**, before me, **Dalarrian Featherston**,
      *Date*                                   *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

**Benjamin Barr**.
*Name of Affiant(s)*

☐ Personally known to me  **-- OR --**

☐ Proved to me on the basis of the oath of _____  **-- OR --**
                               *Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: **driver_license**
                                  *Type of ID Presented*

**Dalarrian Featherston**
REGISTRATION NUMBER
7938299
COMMISSION EXPIRES
March 31, 2025

WITNESS my hand and official seal.

Notary Public Signature: *[signature]*

Notary Name: **Dalarrian Featherston**
Notary Commission Number: **7938299**
Notary Commission Expires: **03/31/2025**
*Notarized online using audio-video communication*

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: **Affidavit**

Document Date: **11/17/2021**

Number of Pages (including notarial certificate): **3**