**UNITED STATES DISTRICT COURT**

**<u>SOUTHERN DISTRICT OF NEW YORK</u>**

In re Search Warrant dated November 5, 2021,    21-MC-00813 (AT)

_____

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Benjamin T. Barr, to be admitted, *pro hac vice*, to represent James O'Keefe, (the "Client"), a petitioner in the above-referenced adversary proceeding, and upon movant's certification that the movant is a member in good standing of the bar of the State of Illinois, it is hereby

    ORDERED, that Benjamin T. Barr is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Client, in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/ _____

                                                                                    Hon. Analisa Torres

                                                                                    United States District Judge