UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
:
:
:
In re Search Warrant Dated November 5, 2021    :   Case No. 21-MC-00813 (AT)
:
:
:
:
----------------------------------------------------------------x

ORDER ADMITTING ATTORNEY
PAUL A. CALLI *PRO HAC VICE*

The motion of attorney Paul A. Calli for admission to practice before the United States District Court for Southern District of New York in the referenced matter is hereby GRANTED.

Attorney Paul A. Calli has declared that he is a member in good standing of the bar of the State of Florida. Mr. Calli's contact information is as follows:

> Paul A. Calli, Esq.
> CALLI LAW, LLC
> 14 NE 1st Ave, Suite 1100
> Miami, FL 33132
> T. 786-504-0911
> F. 786-504-0912
> pcalli@calli-law.com

Attorney Paul A. Calli, having requested admission *pro hac vice* to appear for all purposes as counsel to James O'Keefe, Project Veritas and Project Veritas Action Fund in the referenced matter;

IT IS HEREBY ORDERED that Attorney Paul A. Calli is admitted to practice *pro hac vice* in the referenced matter in the United States District Court for Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, including the rules governing attorney discipline.

Dated: November __, 2021.

                                                                    Hon. Analisa Torres
                                                                    United States District Court
                                                                    Southern District of New York