UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
:
In re Search Warrant Dated November 5, 2021    :    Case No. 21-MC-00813 (AT)
:
:
:
:
---------------------------------------------------------------- x

NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed affidavit of Charles A. Short, dated November 10, 2021, the undersigned hereby moves this Court at the United States Courthouse, 500 Pearl Street, New York, NY, for an Order pursuant to Local Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York granting the admission *pro hac vice* of the following attorney to practice before this Court in the referenced matter:

> Charles P. Short
> Florida Bar No. 70633
> CALLI LAW, LLC
> 14 N.E. 1st Avenue
> Suite 1100
> Miami, FL 33132
> T. 786-504-0911
> F. 786-504-0912
> cshort@calli-law.com

Dated: New York, NY
       November 17, 2021

> PROTASS LAW PLLC
>
>         /s/
> By: _____
>      Harlan Protass
> 260 Madison Avenue
> 22nd Floor
> New York, NY 10016
> T. 212-455-0335
> F. 646-607-0760
> hprotass@protasslaw.com
>
> *Counsel for James O'Keefe
> Project Veritas and Project
> Veritas Action Fund*

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 17, 2021 I caused a true and correct copy of the foregoing NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* and the attached AFFIDAVIT OF CHARLES P. SHORT, dated November 10, 2021, and the attachments thereto to be filed via ECF upon all parties of record herein.

/s/
_____
Harlan Protass