UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Search Warranted dated November 5, 2021, 21 MAG 10685

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY
### *PRO HAC VICE*

I, Charles P. Short, being duly sworn, hereby depose and say as follows:

1. I am a(n) attorney with the law firm of Calli Law, LLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Florida.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, affiant respectfully submits that he be permitted to appear as counsel in the above captioned matter for James O'Keefe, Project Veritas and Project Veritas Action Fund.

Date 11/10/21

Calli Law, LLC
One Flagler Building
14 Northeast 1st Avenue, Suite 1100
Miami, FL 33132
Telephone:   (786) 504-0911
Facsimile:    (786) 504-0912

STATE OF  Florida
COUNTY OF  Broward

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by Charles P. Short on this ___10th___ day of November, 2021.

_____
NOTARY PUBLIC

Print name: Chandra L. Morris Bussone

My Commission Expires: 2/25/25

CHANDRA L. MORRIS-BUSSONE
MY COMMISSION # HH 068084
EXPIRES: February 25, 2025
Bonded Thru Notary Public Underwriters

(✓) Personally known or
(_) Produced _____ as identification.

2