UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                                                 :

In re Search Warrant Dated November 5, 2021    :    Case No. 21-MC-00813 (AT)
                                                                                                 :

---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for James O'Keefe, Project Veritas and Project Veritas Action Fund in connection with the referenced matter and requests that all notices given or required to be given, and all papers served or required to be served, be given to or served upon:

Charles P. Short
CALLI LAW, LLC
14 N.E. 1st Avenue
Suite 1100
Miami, FL 33132
T. 786.504.0911
F. 786.504.0912
cshort@calli-law.com

Dated: Miami, FL
        November 19, 2021

                                                                   By:   /s/ Charles P. Short
                                                                          Charles P. Short
                                                                          Florida Bar No. 70633
                                                                          CALLI LAW, LLC
                                                                          14 NE 1st Ave, Suite 1100
                                                                          Miami, FL 33132
                                                                          Telephone: (786) 504-0911
                                                                          Facsimile (786) 504-0912
                                                                          CShort@Calli-Law.com

                                                                          *Admitted Pro Hac Vice*

*Counsel for Defendants*  
*James O'Keefe, Project Veritas and Project Veritas Action Fund*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 19, 2021 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE, dated November 19, 2021, to be served via ECF upon all parties of record herein.

By:   /s/ Charles P. Short             <br>Charles P. Short