

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that the Government be permitted to respond on or before November 22, 2021, to the letter motion filed earlier today by Project Veritas (Dkt. No. 27).

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                       By: _/s/ Robert B. Sobelman_
                                      Jacqueline Kelly
                                      Robert B. Sobelman
                                      Mitzi Steiner
                                      Assistant United States Attorneys
                                      (212) 637-2456/2616/2284

Cc: Charles Short, Esq. (by ECF)
    Harlan J. Protass, Esq. (by ECF)
    Paul Calli, Esq. (by ECF)
    Benjamin Barr, Esq. (by ECF)
    Stephen Klein, Esq. (by ECF)