UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2021_

In re Search Warrant dated November 5, 2021,

21 Misc. 813 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 19, 2021, Petitioners filed a request for an extension of time to respond to a grand jury subpoena, ECF No. 27, and the Government requested leave to respond to that request by November 22, 2021, ECF No. 30. The Government's request is GRANTED. Accordingly, by **November 22, 2021**, the Government shall file its response.

    SO ORDERED.

Dated: November 19, 2021
       New York, New York

ANALISA TORRES
United States District Judge