UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Search Warrant Dated November 5, 2021. | Case No. 21 MC 813(AT)(SLC) <br><br> **TELEPHONE CONFERENCE** <br> **SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday November 29, 2021 at 11:00 am** on the Court's conference line. Counsel for Reporters Committee for Freedom of the Press and for the United States Attorney for the Southern District of New York are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:  New York, New York
        November 19, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**