

**CALLI LAW, LLC**
One Flagler Building, Suite 1100
14 Northeast 1st Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

November 19, 2021

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    In re Search Warrant Dated November 5, 2021, Case No. 21-MC-00813 (AT)

Dear Judge Torres:

    Earlier today the government filed its Memorandum of Law in Opposition to Motions for Appointment of Special Master (the "Gov't Mem.") (Docket No. 29). In it, the government repeatedly asserts that the search warrant executed at the home of journalist James O'Keefe was "supported by detailed affidavits, and authorized by a federal magistrate judge, who found probable cause to believe that the subject premises and the devices therein contained evidence of federal crimes." Gov't Mem. at 2; *see also id.* at 1, 3, 4, 7, 12 and 14. The government even argued that those affidavits contain specific evidence demonstrating probable cause to believe that Project Veritas and Mr. O'Keefe were allegedly involved in unlawful conduct (theft of property and the interstate transportation of such property). *Id.* at 1.

    By doing so, the government affirmatively puts the affidavits' contents at issue. Moreover, our reply to the Gov't Mem. necessarily requires knowledge of those contents. Without it, our reply to the Gov't Mem.'s assertions concerning its affidavits amounts to shadowboxing.

    We therefore request that this Court enter an Order directing the government to produce all affidavits that it submitted to any court in support of the search warrant it obtained for the search of James O'Keefe's home.

                      [Signature Block Follows on Next Page]

Respectfully submitted,

CALLI LAW, LLC

By: _____/s/_____
   Paul A. Calli
   Charles P. Short
14 NE 1st Avenue
Suite 1100
Miami, FL 33132
T. 786-504-0911
F. 786-504-0912
pcalli@calli-law.com
cshort@calli-law.com

*Admitted Pro Hac Vice*

Harlan Protass
PROTASS LAW PLLC
260 Madison Avenue
22nd Floor
New York, NY 10016
T. 212-455-0335
F. 646-607-0760
hprotass@protasslaw.com

*Counsel for James O'Keefe, Project Veritas and Project Veritas Action Fund*

Benjamin Bar
BARR & KLEIN PLLC
444 N. Michigan Avenue
Suite 1200
Chicago, IL 60611
T. 202-595-4671
ben@barrklein.com

*Admitted Pro Hac Vice*

Stephen R. Klein
BARR & KLEIN
1629 K Street, NW
Suite 300
Washington, DC 20006
T. 202-804-6676
steve@barrklein.com

*Admitted Pro Hac Vice*

cc:   All Counsel of Record (via ECF)