UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEARCH WARRANT DATED NOVEMBER 5, 2021 | Misc. Action No. 21-00813 (AT)(SLC) |

**NOTICE OF FILING OF NOVEMBER 15, 2021 LETTER MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

**PLEASE TAKE NOTICE** that on November 15, 2021, the Reporters Committee for Freedom of the Press submitted to the Court and served on all parties via e-mail the letter motion, attached hereto as Exhibit 1, requesting the unsealing of the search warrant application, supporting affidavit, and related judicial documents in the above-captioned matter.

Dated: November 21, 2021

    Respectfully submitted,

    */s/ Katie Townsend*
    Katie Townsend
    REPORTERS COMMITTEE FOR
      FREEDOM OF THE PRESS
    1156 15th St. NW, Suite 1020
    Washington, DC 20005
    Phone: 202.795.9300
    Facsimile: 202.795.9310
    ktownsend@rcfp.org

    *Counsel of Record for the Reporters Committee for Freedom of the Press*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF FILING OF NOVEMBER 15, 2021 LETTER MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS** was filed with the Clerk of Court using the CM/ECF system.

This the 21st day of November, 2021.

*/s Katie Townsend*
Katie Townsend