# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                    (Asheville Division)

 3   ---------------------------x
     SHIRLEY TETER,             :
 4          Plaintiff,          :
                                :
 5                              :
     vs                         :Civil Action: 1:17-CV-256
 6                              :
                                :
 7   PROJECT VERITAS ACTION     :   EXCERPT OF PROCEEDINGS
     FUND, ET AL,               :
 8          Defendants.         :
     ---------------------------x
 9
                                  Tuesday, May 21, 2019
10                                Asheville, North Carolina

11        The above-entitled action came on for a Jury Trial
     Proceeding before the HONORABLE MARTIN K. REIDINGER,
12   United States District Judge, in Courtroom 1, commencing
     at 9:00 a.m.
13

14        APPEARANCES:
          On behalf of the Plaintiff:
15        JONATHAN DREW SASSER, Esquire
          PREETHA SURESH RINI, Esquire
16        DIXIE WELLS, Esquire
          Ellis & Winters, LLP
17        Post Office Box 33550
          Raleigh, North Carolina  27636
18
          RALPH STREZA, Esquire
19        Critchfield, Critchfield & Johnston, Ltd
          4996 Foote Road
20        Medina, Ohio 44256

21        On behalf of the Defendants:
          JAMES A. DEAN, Esquire
22        MICHAEL MONTECALVO, Esquire
          Womble Bond Dickinson, LLP
23        One West Fourth Street
          Winston-Salem, North Carolina  27101
24
     Tracy Rae Dunlap, RMR, CRR                 828.771.7217
25   Official Court Reporter
```

1       THE COURT:  Okay.  Do you have anything else?
2       MS. WELLS:  Your Honor, I think that -- I thought
3  I had written a note to myself.  Your Honor, I think
4  that's my argument.  Thank you.
5       THE COURT:  Okay.  Thank you.  And I appreciate
6  the attorneys for indulging the frustrated law professor
7  half of my brain.  I will certainly read what has been
8  submitted.  There are a number of things that both of you
9  have referred to that I obviously will need to go back
10 and look at in my notes.  Obviously, I find -- I find it
11 to be a troubling question.  Put it that way.  Because on
12 the one hand I'm very concerned about making any ruling
13 that is not only detrimental to the First Amendment but
14 eviscerates the First Amendment.  That's why I keep using
15 -- I keep running that Mike Wallace analogy through my
16 mind.  If you made this argument against Mike Wallace,
17 would everybody in the room laugh?  And, with candor, Ms.
18 Wells, there are some parts of your argument that, if you
19 made that argument about Mike Wallace, people in the room
20 would laugh but other parts not.
21      At the other end of the spectrum I do have some
22 concern because I think that the veracity of the media
23 has certainly come into question in recent years, and I
24 certainly don't mean in the last two years.  Therefore,
25 if there are no boundaries at all then that causes a

**CERTIFICATE**

I, Tracy Rae Dunlap, RMR, CRR, an Official Court Reporter for the United States District Court for the Western District of North Carolina, do hereby certify that I transcribed, by machine shorthand, the proceedings had in the case of SHIRLEY TETER versus PROJECT VERITAS ACTION FUND, et al, Civil Action Number 1:17-CV-256, on May 21, 2019.

In witness whereof, I have hereto subscribed my name, this 23rd day of May, 2019.

__/S/__Tracy Rae Dunlap__
TRACY RAE DUNLAP, RMR, CRR
OFFICIAL COURT REPORTER