# EXHIBIT B

| | |
|---|---|
| **From:** | James O"Keefe III |
| **Subject:** | Decision not to publish the "Sting Ray" Story and rational |
| **Date:** | Monday, October 12, 2020 11:31:04 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Team,

I've thought carefully on whether to release this so-called 'Sting Ray' story which involve entries in a personal diary to a very public figure.

My thinking and analysis in short is this:

To release means the action is *less wrong* than the necessary wrongs that would follow if the information were not utilized and published. But in this case *even more harm* would be done to the person in question and Project Veritas if we were to release this piece. We have no doubt the document is real, but It is impossible to corroborate the allegation further.  The subsequent reactions would be characterized as a cheap shot.

      Whereas the great novelist Ernest Hemingway said "what is moral is what you feel good after and what is immoral is what you feel bad after," the great novelist Thomas B. Morgan paraphrased thus; "Morally defensible journalism is rarely what you feel good about afterward; it is only that which makes you feel better than you would otherwise.

Using the Hemingway analysis, this very private entry related to a public figure's family is not worth it, and it's indefensible to publish what we currently have.

I'm not worried about things we look into allegations but not publishing. Our actions so far are entirely defensible.

We are launching Colorado and CT tapes this week, which are unquestionably stronger and will make waves much bigger.

James O'Keefe
Founder and CEO
Project Veritas
Direct Office Line: 914-908-2305
Cell: 201-637-0564
Fax: 914-908-2301

" *[Gesturing at James O'Keefe] there he is, stand up please! How good... what a great job. Somebody said he's controversial. He's not controversial, he's truthful. He's truthful. That was a great job. That was one of many. Thank you very much."* –**President Trump at the White House**. **July 11th, 2019.** VIDEO: https://youtu.be/31pv3D9xBpY

*"... if citizens and the media are handcuffed by a fear of liability, that's detrimental to political*

*discourse, it is detrimental to society as a whole, and it is detrimental, really, to our fundamental freedom….If I've gotten this wrong, and the Fourth Circuit says that this is not what the law is, I hesitate to think where the First Amendment is going in this country."* -- **Federal Judge Martin K. Reidinger**, *Teter v. Project Veritas, et al.*, issuing Directed Verdict for Project Veritas in May, 2019 litigation alleging defamation arising from our undercover videos showing Democrat operatives, in their own words, placing "birddogs" to instigate altercations at then-Presidential candidate Donald Trump rallies in 2016

*"O'Keefe is doing the kind of things that if anybody can, maybe change journalism."* -- **Rush Limbaugh**



  



**This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.**