UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021
```

In re Search Warrant dated November 5, 2021,

21 Misc. 813 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' filings at ECF Nos. 27 and 37. Petitioners' motion for an extension of the return date for the grand jury subpoena *duces tecum* is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 27.

      SO ORDERED.

Dated: November 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge