**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: SEARCH WARRANT DATED NOVEMBER 5, 2021** | **Misc. Action No. 21-00813 (AT)(SLC)** |

**NOTICE OF FILING OF THE REPLY OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS IN SUPPORT OF ITS NOVEMBER 15, 2021 LETTER MOTION TO UNSEAL**

**PLEASE TAKE NOTICE** that on November 23, 2021, the Reporters Committee for Freedom of the Press submitted to the Court and served on all parties via e-mail the reply in support of its November 15, 2021 letter motion to unseal, attached hereto as Exhibit 1.

Dated:  November 23, 2021

Respectfully submitted,

/s/ Katie Townsend
Katie Townsend
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel of Record for the Reporters Committee for Freedom of the Press*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **NOTICE OF FILING OF THE REPLY OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS IN SUPPORT OF ITS NOVEMBER 15, 2021 LETTER MOTION TO UNSEAL** was filed with the Clerk of Court using the CM/ECF system.

This the 23rd day of November, 2021.

*/s Katie Townsend*
Katie Townsend