

**CALLI LAW, LLC**
One Flagler Building, Suite 1100
14 Northeast 1st Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

January 13, 2022

**BY EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: **In re Search Warrant Dated November 5, 2021, Case No. 21-MC-00813 (AT)**

Dear Judge Torres:

  Petitioners James O'Keefe, Project Veritas and Project Veritas Action Fund submit this letter to request that they be permitted to respond on or before January 18, 2022, to the government's January 11, 2022 letter seeking petitioners to pay the entirety of the Special Master's fees and expenses (Dkt. 55). The undersigned has conferred via email with AUSA Robert Sobelman who indicates that the government does not oppose this request.

                Respectfully,

                CALLI LAW, LLC

                  /s/
             By: _____
              Paul A. Calli
              Charles P. Short
             14 NE 1st Avenue
             Suite 1100
             Miami, FL 33132
             T. 786-504-0911
             F. 786-504-0912
             pcalli@calli-law.com
             cshort@calli-law.com

             *Admitted Pro Hac Vice*

Harlan Protass
PROTASS LAW PLLC
260 Madison Avenue
22nd Floor
New York, NY 10016
T. 212-455-0335
F. 646-607-0760
hprotass@protasslaw.com

Benjamin Barr
BARR & KLEIN PLLC
444 N. Michigan Avenue
Suite 1200
Chicago, IL 60611
T. 202-595-4671
ben@barrklein.com

*Admitted Pro Hac Vice*

Stephen R. Klein
BARR & KLEIN PLLC
1629 K. Street, NW
Suite 300
Washington, DC 20006
T. 202-804-6676
steve@barrklein.com

*Admitted Pro Hac Vice*

*Counsel for James O'Keefe, Project Veritas and Project Veritas Action Fund*

cc:     All Counsel of Record (via ECF)