# EXHIBIT A



**CALLI LAW, LLC**
One Flagler Building, Suite 1100
14 Northeast 1st Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

November 26, 2021

Mitzi Steiner, Esq.　　　　　　　　　　　　　Via PDF email: Mitzi.Steiner@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

　　　　Re:　　In re November 4, 2021 Grand Jury Subpoena

Dear Ms. Steiner:

　　　　We write to confirm the events of Wednesday, November 24, 2021 when Project Veritas appeared at 10:00 am as directed in the attached November 4, 2021 Grand Jury Subpoena (the "Subpoena"). Before doing so, however, we note several background events that provide appropriate context.

　　　　Project Veritas had requested your consent to an extension of the Subpoena return date until a date after Judge Torres adjudicated several pending motions. The government declined our request, and then successfully opposed our motion seeking such an extension. In particular, the government argued that Judge Torres lacked the authority to extend the Subpoena return date because of the Grand Jury's "unique role and carefully protected province." [DE 37] at 3.

　　　　On Wednesday, November 24, 2021 Project Veritas appeared at 10:00 am in Room 220 of the United States Courthouse as commanded by the Subpoena. Specifically, a witness designated by Project Veritas brought a written submission addressed to the Grand Jury Foreperson that provided information called for by the two Subpoena categories of "Materials to be Produced." That witness was accompanied by Harlan Protass, Esq., co-counsel for Project Veritas.

　　　　Mr. Protass and the witness were surprised to find that there was ***no grand jury*** sitting that morning and that no one from your Office was present. Nevertheless, Mr. Protass presented a copy of the Subpoena to the clerk on duty in Room 220 and agreed to wait while the clerk notified you of the witness's presence. Mr. Protass and the witness waited for ***over an hour*** before you called the clerk and he was able to speak with you.

　　　　You expressed "surprise" that Project Veritas had designated a representative who traveled to the courthouse to appear before the Grand Jury. Mr. Protass pointed out that the Subpoena

commanded the personal appearance of Project Veritas to testify and give evidence and that the Subpoena had not afforded Project Veritas the option of delivering its response to the government. You appeared to question Mr. Protass' description of the Subpoena but, after reviewing a copy, confirmed that it did not afford for any such "delivery" option. You expressed regret for any "confusion" about the Subpoena and stated that the Project Veritas' submission brought by its witness and addressed to the Grand Jury Foreperson be delivered to you in lieu of the Grand Jury Foreperson.

Given your express direction to Mr. Protass, we enclose Project Veritas' November 24, 2021 response to the Subpoena. Project Veritas, however, reserves all objections to these irregular procedures.

Respectfully,

CALLI LAW, LLC

By: /s/ _____
Paul A. Calli
Charles P. Short
14 NE 1st Avenue
Suite 1100
Miami, FL 33132
T. 786-504-0911
F. 786-504-0912
pcalli@calli-law.com
cshort@calli-law.com

*Admitted Pro Hac Vice*

Harlan Protass
PROTASS LAW PLLC
260 Madison Avenue
22nd Floor
New York, NY 10016
T. 212-455-0335
F. 646-607-0760
hprotass@protasslaw.com

Benjamin Barr
BARR & KLEIN PLLC
444 N. Michigan Avenue
Suite 1200
Chicago, IL 60611
T. 202-595-4671
ben@barrklein.com

3

                Stephen R. Klein
                BARR & KLEIN
                1629 K. Street, NW
                Suite 300
                Washington, DC 20006
                T. 202-804-6676
                steve@barrklein.com

                *Counsel for James O'Keefe,*
                *Project Veritas and Project*
                *Veritas Action Fund*

**Enclosures**