

**CALLI LAW, LLC**
One Flagler Building, Suite 1100
14 Northeast 1ˢᵗ Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

March 25, 2022

**VIA CM/ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   20 Mag. 12614; 20 Mag. 12623; 21 Mag. 548; 21 Mag. 992;
> 21 Mag. 2537; 21 Mag. 2711; 21 Mag. 3884; [RELATED TO]
> <u>In re Search Warrant dated November 5, 2021, Case No. 21-MC-00813 (AT)</u>

Dear Judge Torres:

On March 14, 2022, Project Veritas received from its email service provider, Microsoft, Inc., copies of certain orders and warrants issued in the above-numbered magistrate matters. We do not believe such indirect notice of these magistrate judge actions constitutes service, or oral notice, as prescribed by Fed. R. Crim. P. 59(a). Among other reasons, the dockets in these matters all appear still to be sealed at the request of the government.

Nevertheless, and for the avoidance of doubt, Project Veritas objects to the actions taken in these magistrate judge matters, both those actions known to us via receipt of the above-mentioned orders and warrants, and unknown actions yet to be revealed.

We respectfully request that Project Veritas be afforded fourteen (14) days to serve and file written objections to these actions from the date the government causes the dockets in these matters to be unsealed.

*        *        *

Respectfully submitted,

CALLI LAW, LLC

/s/

By: _____

    Paul A. Calli

    Charles P. Short

14 NE 1st Avenue

Suite 1100

Miami, FL 33132

T. 786-504-0911

F. 786-504-0912

pcalli@calli-law.com

cshort@calli-law.com

*Admitted Pro Hac Vice*

Harlan Protass

PROTASS LAW PLLC

260 Madison Avenue

22nd Floor

New York, NY 10016

T. 212-455-0335

F. 646-607-0760

hprotass@protasslaw.com

*Counsel for James O'Keefe,
Project Veritas and Project
Veritas Action Fund*

| | |
|---|---|
| Benjamin Bar | Stephen R. Klein |
| BARR & KLEIN PLLC | BARR & KLEIN PLLC |
| 444 N. Michigan Avenue | 1629 K Street, NW |
| Suite 1200 | Suite 300 |
| Chicago, IL 60611 | Washington, DC 20006 |
| T. 202-595-4671 | T. 202-804-6676 |
| ben@barrklein.com | steve@barrklein.com |
| | |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |

cc:    All Counsel of Record (via ECF)

2