# EXHIBIT D



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2021

**BY EMAIL**

The Honorable Barbara S. Jones
Bracewell LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
barbara.jones@bracewell.com

> Re:  *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)
>      *In re Search Warrant dated November 3, 2021*, 21 Misc. 819 (AT)
>      *In re Search Warrant dated November 3, 2021*, 21 Misc. 825 (AT)

Dear Judge Jones:

The Government respectfully submits this letter to provide an update concerning the status of the electronic devices that are the subject of the Special Master's review.

<u>Devices Seized from James E. O'Keefe, III</u>

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B62 | Silver iPhone A1921 Model, IMEI: ▇▇▇ | | Attempts to access ongoing | | |
| 1B61 | White iPhone 12 Pro Max, IMEI: ▇▇▇ [1] | Yes | Attempts to access ongoing | | |

---

[1] Prior to this device locking pursuant to its security settings (and before Mr. O'Keefe filed a motion for the appointment of a special master), law enforcement agents took photographs of a limited set of the device's contents as displayed on its screen. The Government will provide those photographs, which the Government has not reviewed since the filing of Mr. O'Keefe's motion, for inclusion in the Special Master's review.

As reflected above, law enforcement's attempts to access these devices are ongoing. The Government invites Mr. O'Keefe to provide the passwords for these devices in the event he wishes to expedite the extraction process.

Devices Seized from Eric Cochran

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B42 | Key Fob SD Card | | In queue to be processed | | |
| 1B41 | Gaming Tower and Power Cord | | In queue to be processed | | |
| 1B40 | Google Pixel 5[2] | Yes | In queue to be processed | | |
| 1B39 | Seagate Hard Drive | | In queue to be processed | | |
| 1B38.1 | SD Storage Card | | In queue to be processed | | |
| 1B38.2 | SD Storage Card | | In queue to be processed | | |
| 1B38.3 | USB | | In queue to be processed | | |
| 1B37 | Nexus Tablet | | In queue to be processed | | |
| 1B36 | Toshiba Hard Drive | | In process | | |
| 1B35 | Microsoft laptop | | In queue to be processed | | |
| 1B34 | Seagate Hard Drive | | In process | | |
| 1B33 | Seagate Hard Drive | | In queue to be processed | | |
| 1B32.1 | Micro SD card | | In process | | |
| 1B32.2 | Micro SD card | | In queue to be processed | | |
| 1B32.3 | Micro SD card | | In queue to be processed | | |
| 1B32.4 | Micro SD card | | In queue to be processed | | |

---

[2] Prior to this device locking pursuant to its security settings (and before Mr. Cochran filed a motion for the appointment of a special master), law enforcement agents took photographs and video recordings of a limited set of the device's contents as displayed on its screen. The Government will provide those photographs and video recordings, which the Government has not reviewed since the filing of Mr. Cochran's motion, for inclusion in the Special Master's review.

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B32.5 | Micro SD card | | In queue to be processed | | |
| 1B32.6 | Micro SD card | | In queue to be processed | | |
| 1B32.7 | Micro SD card | | In queue to be processed | | |
| 1B31 | Raspberry PI with Micro SD Card | | In queue to be processed | | |
| 1B30 | Cellphone | | In queue to be processed | | |
| 1B29.1 | Thumbdrive | | In queue to be processed | | |
| 1B29.2 | Thumbdrive | | In queue to be processed | | |
| 1B29.3 | Thumbdrive | | In queue to be processed | | |
| 1B29.4 | Thumbdrive | | In queue to be processed | | |
| 1B29.5 | Thumbdrive | | In queue to be processed | | |
| 1B29.6 | Thumbdrive | | In queue to be processed | | |
| 1B29.7 | Thumbdrive | | In queue to be processed | | |

Devices Seized from Spencer Meads

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B60 | Sandisk Extreme Plus | | In process | | |
| 1B58 | One Apple iPhone IMEI: | Yes | Complete | Pending | To Be Provided Week of 12/20/21 |
| 1B57 | FOB with Micro SD, FCC: | Yes | Complete | Pending | To Be Provided Week of 12/20/21 |
| 1B56 | Lenovo laptop with charger, serial: | | In process | | |

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B55 | ASUS laptop ID: ▮ | | In process | | |
| 1B54 | Flip phone MEDI: ▮, Serial: ▮ | No | Complete | N/A | N/A |
| 1B53 | Blackberry MEDI Hex: ▮ | No | Complete | N/A | N/A |
| 1B52 | Rose Gold iPhone IMEI: ▮ | No | Complete | N/A | N/A |
| 1B51 | Rose Gold iPhone IMEI: ▮ | | In queue to be processed | | |
| 1B50 | Silver iPhone IMEI: ▮ | No | Complete | N/A | N/A |
| 1B49 | Black smartphone IMEI: ▮ | No | Complete | N/A | N/A |
| 1B48 | Silver and White iPhone IMEI: ▮ | No | Complete | N/A | N/A |
| 1B47 | Silver iPhone IMEI: ▮ | | Non-functional; attempts to repair ongoing | | |
| 1B46 | Silver iPhone IMEI: ▮ | | Non-functional; attempts to repair ongoing | | |
| 1B45 | Black iPhone IMEI: ▮ | | In queue to be processed | | |
| 1B44 | White iPhone IMEI: ▮ | Yes | Complete | Pending | To Be Provided Week of 12/20/21 |
| 1B43 | Black iPhone IMEI: ▮ | | Non-functional; attempts to repair ongoing | | |

In addition, an Apple laptop was recovered from Meads's residence that was subsequently determined to belong to one of Meads's roommates. That device has been returned to that individual.

\* \* \*

Based on information provided by the Federal Bureau of Investigation ("FBI"), the FBI is able to obtain information about whether there is data in a particular timeframe present on a computer or electronic storage media (such as a hard drive) without first extracting the entire device, but it is not able to do so for cellphones or tablets. Accordingly, for the computers and electronic storage media for which the extraction process has not yet commenced, the FBI will first ascertain the timeframe of data present on the device and then proceed to extract data from the device only if that date is August 1, 2020 or later; for the computers and electronic storage media for which the extraction process is underway or has been completed, the Government will provide to the Special Master the contents of those devices only if the date of the most recent data present on the device is from August 1, 2020 or later. Similarly, for cellphones and tablets, the FBI will extract the contents of each device and then the Government will only provide to the Special Master the contents of those devices for which the date of the most recent data present on the device is from August 1, 2020 or later.

The Government is available to provide any additional information that would be of assistance to the Special Master.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Robert B. Sobelman*
Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284

Cc: Daniel S. Connolly, Esq.
David A. Shargel, Esq.
Paul A. Calli, Esq.
Charles P. Short, Esq.
Harlan Protass, Esq.
Benjamin Barr, Esq.
Stephen Klein, Esq.
Adam S. Hoffinger, Esq.
Steven E. Harrison, Esq.
Brian Dickerson, Esq.
Eric Franz, Esq.