# EXHIBIT F



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2022

**BY EMAIL**

The Honorable Barbara S. Jones
Bracewell LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
barbara.jones@bracewell.com

      Re:   *In re Search Warrant dated November 5, 2021*, **21 Misc. 813 (AT)**
             *In re Search Warrant dated November 3, 2021*, **21 Misc. 819 (AT)**
             *In re Search Warrant dated November 3, 2021*, **21 Misc. 825 (AT)**

Dear Judge Jones:

      The Government respectfully submits this letter to provide an update concerning the status of the electronic devices that are the subject of the Special Master's review.

Devices Seized from James E. O'Keefe, III

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B62 | Silver iPhone A1921 Model, IMEI: ▮▮▮▮▮ | | Attempts to access ongoing | | |
| 1B61 | White iPhone 12 Pro Max, IMEI: ▮▮▮▮▮ | Yes | Complete | 512 GB | 2/3/22 |

Devices Seized from Eric Cochran

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B42 | Key Fob SD Card | Maybe | Complete | 5.33 GB | 1/14/22 |
| 1B41 | Gaming Tower and Power Cord | Yes | Complete | 369.6 GB | 1/14/22 |

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B40 | Google Pixel 5 | Yes | In process | | |
| 1B39 | Seagate Hard Drive | N/A | Damaged – unable to be processed | N/A | N/A |
| 1B38.1 | SD Storage Card | Yes | Complete | 3.166 GB | 1/14/22 |
| 1B38.2 | SD Storage Card | Yes | Complete | 11.4 GB | 1/14/22 |
| 1B38.3 | USB Drive | Yes | Complete | 16.09 GB | 1/14/22 |
| 1B37 | Nexus Tablet | No | Complete | N/A | N/A |
| 1B36 | Toshiba Hard Drive | Yes | Complete | 18.21 GB | 1/14/22 |
| 1B35 | Microsoft laptop | | In process | | |
| 1B34 | Seagate Hard Drive | Yes | Complete | 21.06 GB | 1/14/22 |
| 1B33 | Seagate Hard Drive | N/A | Damaged – unable to be processed | N/A | N/A |
| 1B32.1 | Micro SD card | Yes | Complete | 17.28 GB | 1/21/22 |
| 1B32.2 | Micro SD card | No | Complete | N/A | N/A |
| 1B32.3 | Micro SD card | Yes | Complete | 6.63 MB | 1/21/22 |
| 1B32.4 | Micro SD card | No | Complete | N/A | N/A |
| 1B32.5 | Micro SD card | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B32.6 | Micro SD card | No | Complete | N/A | N/A |
| 1B32.7 | Micro SD card | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B31 | Raspberry Pi with Micro SD Card | No | Complete | N/A | N/A |
| 1B30 | Cellphone | | Attempts to access ongoing | | |
| 1B29.1 | Thumbdrive | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B29.2 | Thumbdrive | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B29.3 | Thumbdrive | No | Complete | N/A | N/A |
| 1B29.4 | Thumbdrive | Yes | Complete | 138.8 KB | 1/14/22 |
| 1B29.5 | Thumbdrive | Yes | Complete | 100.2 MB | 1/14/22 |
| 1B29.6 | Thumbdrive | No | Complete | N/A | N/A |
| 1B29.7 | Thumbdrive | No | Complete | N/A | N/A |

Devices Seized from Spencer Meads

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B60 | Sandisk Extreme Plus | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B58 | One Apple iPhone IMEI: | Yes | Complete | 63.5 GB | 12/22/21 |
| 1B57 | FOB with Micro SD, FCC: | Yes | Complete | 10.3 MB | 12/22/21 |
| 1B56 | Lenovo laptop with charger, serial: | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B55 | ASUS laptop ID: | No | Complete | N/A | N/A |
| 1B54 | Flip phone MEDI: , Serial: | No | Complete | N/A | N/A |
| 1B53 | Blackberry MEDI Hex: | No | Complete | N/A | N/A |
| 1B52 | Rose Gold iPhone IMEI: | No | Complete | N/A | N/A |
| 1B51 | Rose Gold iPhone IMEI: | | In process | | |
| 1B50 | Silver iPhone IMEI: | No | Complete | N/A | N/A |
| 1B49 | Black smartphone IMEI: | No | Complete | N/A | N/A |
| 1B48 | Silver and White iPhone IMEI: | No | Complete | N/A | N/A |
| 1B47 | Silver iPhone IMEI: | N/A | Non-functional – unable to be processed | N/A | N/A |
| 1B46 | Silver iPhone IMEI: | | Attempts to access ongoing | | |

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B45 | Black iPhone IMEI: ███ | | In process | | |
| 1B44 | White iPhone IMEI: ███ | Yes | Complete | 19.4 GB | 12/22/21 |
| 1B43 | Black iPhone IMEI: ███ | N/A | Non-functional – unable to be processed | N/A | N/A |

The Government is available to provide any additional information that would be of assistance to the Special Master.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Robert B. Sobelman*
Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284

Cc: Daniel S. Connolly, Esq.
David A. Shargel, Esq.
Paul A. Calli, Esq.
Charles P. Short, Esq.
Harlan Protass, Esq.
Benjamin Barr, Esq.
Stephen Klein, Esq.
Adam S. Hoffinger, Esq.
Steven E. Harrison, Esq.
Brian Dickerson, Esq.
Eric Franz, Esq.