```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Search Warrant dated November 5, 2021, | 21 Misc. 813 (AT) |
| In re Search Warrant dated November 3, 2021 | 21 Misc. 819 (AT) |
| In re Search Warrant dated November 3, 2021, | 21 Misc. 825 (AT) |

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Petitioners' petition seeking return of their property, No. 21 Misc. 813, ECF No. 70. Accordingly,

1. By **May 6, 2022**, the Government shall file its opposition papers.
2. By **May 20, 2022**, Petitioners shall file any reply.

SO ORDERED.

Dated: April 11, 2022
        New York, New York

ANALISA TORRES
United States District Judge