# BRACEWELL

April 21, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:     *In re: Search Warrants dated November 3 and 5, 2021*,
        Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the March 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc:     Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105        F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York,New York 10020-1100
barbara.jones@bracewell.com        bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

April 12, 2022
Invoice: 21931718

Our Matter:              Special Master in Matters of Search Warrants regarding
             Project Veritas
             For Services Through March 31, 2022

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/01/22 | Prepare, QC and finalize release | 1.00 | 950.00 |
| 03/02/22 | Attention to various technical issues | 0.50 | 475.00 |
| 03/03/22 | Call with party; attention to various re: review | 1.00 | 950.00 |
| 03/04/22 | Draft update; attention to technical issues re: reviewed materials; call with L Korologos | 2.00 | 1,900.00 |
| 03/07/22 | Review report and discuss with team; e-mail to Judge Torres | 0.80 | 760.00 |
| 03/07/22 | Finalize and file report | 1.00 | 950.00 |
| 03/09/22 | Review of draft order; call with J. Jones/D. Shargel; review of materials | 1.30 | 1,235.00 |
| 03/09/22 | Review party filings; correspondence with Judge Jones | 1.50 | 1,425.00 |
| 03/10/22 | Revise and edit outgoing communications; conf with J. Jones | 1.00 | 950.00 |
| 03/10/22 | Review e-mails; approve invoices; confer with team | 0.30 | 285.00 |
| 03/10/22 | Attention to party correspondence; technical work regarding device | 1.00 | 950.00 |
| 03/11/22 | Review party submission; draft order; conference with J Jones | 1.50 | 1,425.00 |
| 03/12/22 | Edits; confer with team | 0.50 | 475.00 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC

# BRACEWELL

**Page** 2

Client: United States District Court, Southern District of New York (Veritas)                                      Invoice: 21931718

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/12/22 | Call with J Jones; revisions to order; attention to various | 1.00 | 950.00 |
| 03/13/22 | Review party submissions; review and revise draft order | 2.00 | 1,900.00 |
| 03/16/22 | Review counsel submissions; conf with J. Jones re developments | 1.50 | 1,425.00 |
| 03/16/22 | Prepare materials for further review | 1.00 | 950.00 |
| 03/17/22 | Analysis of device in preparation for review | 1.50 | 1,425.00 |
| 03/18/22 | Review of counsel submissions; conf. with J. Jones/DS re Order | 2.20 | 2,090.00 |
| 03/19/22 | Review materials; confer with team; draft order | 1.80 | 1,710.00 |
| 03/20/22 | Review party submissions; correspondence with Special Master; prepare for review | 2.00 | 1,900.00 |
| 03/21/22 | Review of materials; conf with J. Jones | 1.30 | 1,235.00 |
| 03/21/22 | Addition review of party submissions; revise and finalize order | 1.00 | 950.00 |
| 03/21/22 | Conference with J Jones; revise and finalize order | 1.00 | 950.00 |
| 03/22/22 | Review party submission; conference with J Jones re same | 1.00 | 950.00 |
| 03/23/22 | Review materials; grant extension | 3.80 | 3,610.00 |
| 03/23/22 | Review materials; conferences with J Jones | 3.80 | 3,610.00 |
| 03/24/22 | Review materials | 1.00 | 950.00 |
| 03/24/22 | Additional review of materials; prepare and QC production; attention to technical issues | 2.50 | 2,375.00 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN        CONNECTICUT        DALLAS        DUBAI        HOUSTON        LONDON        NEW YORK        SAN ANTONIO        SEATTLE        WASHINGTON, DC

# BRACEWELL

**Page** 3

Client: United States District Court, Southern District of New York (Veritas)                     Invoice: 21931718

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/25/22 | Finalize and transmit production | 0.40 | 380.00 |
| 03/29/22 | Review of party submissions; conf with DS; conf with J. Jones; draft reply | 2.50 | 2,375.00 |
| 03/30/22 | Review of party submissions; call with J. Jones | 1.30 | 1,235.00 |
| 03/31/22 | Review pleadings | 1.50 | 1,425.00 |
| 03/31/22 | Prepare for review; review party filings | 1.00 | 950.00 |
| **Total Fees** | | | **$ 46,075.00** |

**Expense Detail**

| Date | Cost | Description | Amount |
|---|---|---|---|
| 03/11/22 | Delivery Services/Messenger | FedEx ERS - Delivery Charges 2022-03-11 03837 Kelsey Palermo / Federal Bureau of Investigatio 03837 270457202250 768859235 | 37.93 |
| 03/31/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, License Native Data Processing, Project Management, RSMF conversion, Forensic Consulting Inv# INV-CDS-21167 Date: 03/31/2022 | 19,451.26 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN          CONNECTICUT          DALLAS          DUBAI          HOUSTON          LONDON          NEW YORK          SAN ANTONIO          SEATTLE          WASHINGTON, DC

# BRACEWELL

**Page** 4

Client: United States District Court, Southern District of New York (Veritas)                    Invoice: 21931718

**Total Expenses**                                                                                                    **$ 19,489.19**

**Total Fees, Expenses and Charges on This Invoice**                                        **$ 65,564.19**

Petitioners'  50% share: $32,782.10
Government's 50% share: $32,782.10

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN          CONNECTICUT          DALLAS          DUBAI          HOUSTON          LONDON          NEW YORK          SAN ANTONIO          SEATTLE          WASHINGTON, DC