AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re: Search Warrant dated November 5, 2021 ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-mc-00813 |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union.

Date:   05/13/2022

/s/ Brian Hauss
*Attorney's signature*

Brian Hauss
*Printed name and bar number*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

bhauss@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*