# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| In re: Search Warrant dated November 5, 2021 | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-mc-00813 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union                                                                               .

Date:   05/13/2022

/s/Brett Max Kaufman
*Attorney's signature*

Brett Max Kaufman NYSBA #4828398
*Printed name and bar number*

125 Broad Street, 18th Floor
New York, NY 10004

*Address*

bkaufman@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*

Print    Save As...    Reset