# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re Search Warrants Dated November 3 and November 5, 2021* | Related to: | 20 Mag. 12614<br>20 Mag. 12623<br>21 Mag. 548 |
| Case Nos.   21 Misc. 813 (AT)<br>21 Misc. 819 (AT)<br>21 Misc. 825 (AT) | | 21 Mag. 992<br>21 Mag. 2537<br>21 Mag. 2711<br>21 Mag. 3884 |

## AFFIDAVIT IN SUPPORT OF REPLY IN SUPPORT OF JOINT PETITION FOR RETURN OF PROPERTY

STATE OF __Texas__     )
                       )ss.:
COUNTY OF __Harris__   )

Christopher Smith, being duly sworn, deposes and says:

1. I am over eighteen years of age and am competent to testify to the matters set forth herein.

2. I am a Senior Project Manager for Transperfect Legal Solutions.

3. Project Veritas and its legal counsel retained Transperfect to manage data provided by Microsoft that I understand is a copy of the production it made to the government in this matter.

4. Microsoft provided the data directly to Transperfect on a hard drive via Federal Express.

5. Transperfect copied the Microsoft data to its proprietary platform known as Digital Reef, which allows me to apply pre-review analytics to the data and assess the dates of the documents within the data set.

6. My review of the Microsoft data using the pre-review analytics tool indicates the following:

    i. The data is composed of 199,816 unique (i.e., non-duplicate) documents.

1

    ii.    149,901 of these unique documents are dated prior to September 3, 2020.

    iii.    18,392 of these unique documents are dated after November 8, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May _18_, 2022.

*[signature]*

Christopher Smith