# EXHIBIT C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2022

**BY EMAIL**

The Honorable Barbara S. Jones
Bracewell LLP
1251 Avenue of the Americas, 49th Floor
New York, New York 10020
barbara.jones@bracewell.com

Re: *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)
*In re Search Warrant dated November 3, 2021*, 21 Misc. 819 (AT)
*In re Search Warrant dated November 3, 2021*, 21 Misc. 825 (AT)

Dear Judge Jones:

The Government respectfully submits this letter to provide an update concerning the status of the electronic devices that are the subject of the Special Master's review.

Rows with a green background reflect that the Special Master has determined that the device contains responsive materials. Rows with a yellow background reflect that the device's contents are currently pending review by the Special Master. Rows with a grey background reflect that the device has been returned to the individual from whom it was seized.

Devices Seized from James E. O'Keefe, III

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B62 | Silver iPhone A1921 Model, ▊ | | Attempts to access ongoing | | |
| 1B61 | White iPhone 12 Pro Max, ▊ | Yes | Complete | 512 GB | 2/3/22 |

Devices Seized from Eric Cochran

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B42 | Key Fob SD Card | Maybe | Complete | 5.33 GB | 1/14/22 |
| 1B41 | Gaming Tower and Power Cord | Yes | Complete | 369.6 GB | 1/14/22 |
| 1B40 | Google Pixel 5 | Yes | Attempts to access ongoing | | |
| 1B39 | Seagate Hard Drive | N/A | Damaged – unable to be processed | N/A | N/A |
| 1B38.1 | SD Storage Card | Yes | Complete | 3.166 GB | 1/14/22 |
| 1B38.2 | SD Storage Card | Yes | Complete | 11.4 GB | 1/14/22 |
| 1B38.3 | USB Drive | Yes | Complete | 16.09 GB | 1/14/22 |
| 1B37 | Nexus Tablet | No | Complete | N/A | N/A |
| 1B36 | Toshiba Hard Drive | Yes | Complete | 18.21 GB | 1/14/22 |
| 1B35 | Microsoft laptop | | Attempts to access ongoing | | |
| 1B34 | Seagate Hard Drive | Yes | Complete | 21.06 GB | 1/14/22 |
| 1B33 | Seagate Hard Drive | N/A | Damaged – unable to be processed | N/A | N/A |
| 1B32.1 | Micro SD card | Yes | Complete | 17.28 GB | 1/21/22 |
| 1B32.2 | Micro SD card | No | Complete | N/A | N/A |
| 1B32.3 | Micro SD card | Yes | Complete | 6.63 MB | 1/21/22 |
| 1B32.4 | Micro SD card | No | Complete | N/A | N/A |
| 1B32.5 | Micro SD card | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B32.6 | Micro SD card | No | Complete | N/A | N/A |
| 1B32.7 | Micro SD card | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B31 | Raspberry Pi with Micro SD Card | No | Complete | N/A | N/A |
| 1B30 | Cellphone | | Attempts to access ongoing | | |
| 1B29.1 | Thumbdrive | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B29.2 | Thumbdrive | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B29.3 | Thumbdrive | No | Complete | N/A | N/A |

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B29.4 | Thumbdrive | Yes | Complete | 138.8 KB | 1/14/22 |
| 1B29.5 | Thumbdrive | Yes | Complete | 100.2 MB | 1/14/22 |
| 1B29.6 | Thumbdrive | No | Complete | N/A | N/A |
| 1B29.7 | Thumbdrive | No | Complete | N/A | N/A |

Devices Seized from Spencer Meads

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B60 | Sandisk Extreme Plus | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B58 | One Apple iPhone | Yes | Complete | 63.5 GB | 12/22/21 |
| 1B57 | FOB with Micro SD, | Yes | Complete | 10.3 MB | 12/22/21 |
| 1B56 | Lenovo laptop with charger, | N/A | Not readable – unable to be processed | N/A | N/A |
| 1B55 | ASUS laptop | No | Complete | N/A | N/A |
| 1B54 | Flip phone | No | Complete | N/A | N/A |
| 1B53 | Blackberry | No | Complete | N/A | N/A |
| 1B52 | Rose Gold iPhone | No | Complete | N/A | N/A |
| 1B51 | Rose Gold iPhone | | Attempts to access ongoing | | |
| 1B50 | Silver iPhone | No | Complete | N/A | N/A |

| Item No. | Device | Data on or After 8/1/20 | Status | Size | Date Provided to Special Master |
|---|---|---|---|---|---|
| 1B49 | Black smartphone | No | Complete | N/A | N/A |
| 1B48 | Silver and White iPhone | No | Complete | N/A | N/A |
| 1B47 | Silver iPhone | N/A | Non-functional – unable to be processed | N/A | N/A |
| 1B46 | Silver iPhone | No | Complete | N/A | N/A |
| 1B45 | Black iPhone | Yes | Complete | 48.7 GB | 5/3/22 |
| 1B44 | White iPhone | Yes | Complete | 19.4 GB | 12/22/21 |
| 1B43 | Black iPhone | N/A | Non-functional – unable to be processed | N/A | N/A |

The Government is available to provide any additional information that would be of assistance to the Special Master.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Robert B. Sobelman*

Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284

Cc: Daniel S. Connolly, Esq.
    David A. Shargel, Esq.
    Paul A. Calli, Esq.
    Charles P. Short, Esq.
    Harlan Protass, Esq.
    Benjamin Barr, Esq.
    Stephen Klein, Esq.
    Adam S. Hoffinger, Esq.

Steven E. Harrison, Esq.
Brian Dickerson, Esq.
Eric Franz, Esq.