# BRACEWELL

May 24, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
      Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the April 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc:   Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)

May 11, 2022
Invoice: 21933760

Our Matter:                Special Master in Matters of Search Warrants regarding
               Project Veritas
               For Services Through April 30, 2022

| Date | Description | Amount |
|---|---|---|
| 04/01/22 | Prepare for review; attention to technical matters | 1,235.00 |
| 04/03/22 | Extensive technical analysis and culling of documents for SM review | 3,800.00 |
| 04/04/22 | Review documents for privilege | 1,235.00 |
| 04/04/22 | Review materials; culling and analysis of device | 4,275.00 |
| 04/05/22 | Conf with J. Jones; review of submitted materials | 1,330.00 |
| 04/05/22 | Responsiveness review | 2,375.00 |
| 04/05/22 | Review materials with Special Master; additional culling of 1B61 materials | 4,750.00 |
| 04/06/22 | Attention to review and technical issues | 2,850.00 |
| 04/07/22 | Assist with Special Master's review of materials; attentio to technical issues | 1,900.00 |
| 04/08/22 | Review of party submissions; conf with J. Jones | 1,425.00 |
| 04/08/22 | Attention to various re: 1B61 | 1,900.00 |
| 04/11/22 | Continue responsive review | 1,615.00 |
| 04/11/22 | Complete review of remaining device with Special Maste | 3,515.00 |
| 04/12/22 | Finalize and prepare release; finalize and prepare invoice | 665.00 |

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN     CONNECTICUT     DALLAS     DUBAI     HOUSTON     LONDON     NEW YORK     SAN ANTONIO     SEATTLE     WASHINGTON, DC

# BRACEWELL

Page 2

Client: United States District Court, Southern District of New York (Veritas)    Invoice: 21933760

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/22/22 | Read materials | 1.50 | 1,425.00 |
| 04/22/22 | Review party pleadings; review related legal research | 3.50 | 3,325.00 |
| 04/24/22 | Additional review of party submissions; review related authorities | 2.00 | 1,900.00 |
| 04/25/22 | Attention to party submissions and authority | 2.00 | 1,900.00 |
| 04/26/22 | Attention to party submissions | 1.00 | 950.00 |

**Total Fees**                                                                                                   **$ 42,370.00**

## Expense Detail

| Date | Cost | Description | Amount |
|---|---|---|---|
| 04/30/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, Monthly User License, Project Management Inv# INV-CDS-21940 Date: 04/30/2022 | 5,650.88 |

**Total Expenses**                                                                                               **$ 5,650.88**

# BRACEWELL

**Page** 3

Client: United States District Court, Southern District of New York (Veritas)　　　　　　Invoice: 21933760

**Total Fees, Expenses and Charges on This Invoice**　　　　　　**$ 48,020.88**

　　　　　　Petitioners' 50% share: $24,010.44
　　　　　　Government's 50% share: $24,010.44