**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300 • www.rcfp.org

**EXECUTIVE DIRECTOR**
BRUCE D. BROWN
**STEERING COMMITTEE CHAIRMAN**
STEPHEN J. ADLER
**STEERING COMMITTEE**
WOLF BLITZER
CNN
DAVID BOARDMAN
Temple University
THEODORE J. BOUTROUS, JR.
Gibson, Dunn & Crutcher LLP
MASSIMO CALABRESI
Time Magazine
LYNETTE CLEMETSON
University of Michigan
MANNY GARCIA
Austin American-Statesman
EMILIO GARCIA-RUIZ
San Francisco Chronicle
JOSH GERSTEIN
POLITICO
ALEX GIBNEY
Jigsaw Productions
SUSAN GOLDBERG
National Geographic
GAIL GOVE
NBCUniversal
JAMES GRIMALDI
The Wall Street Journal
LAURA HANDMAN
Davis Wright Tremaine
DIEGO IBARGÜEN
Hearst
JEREMY JOJOLA
9NEWS Colorado
KAREN KAISER
Associated Press
KIMBRIELL KELLY
The Los Angeles Times
DAVID LAUTER
The Los Angeles Times
MARGARET LOW
WBUR
COLLEEN MCCAIN NELSON
The McClatchy Company
MAGGIE MULVIHILL
Boston University
JAMES NEFF
The Philadelphia Inquirer
NORMAN PEARLSTINE
New York, New York
THOMAS C. RUBIN
Stanford Law School
BRUCE W. SANFORD
BakerHostetler (ret.)
CHARLIE SAVAGE
The New York Times
JENNIFER SONDAG
Bloomberg News
NABIHA SYED
The Markup
ADAM SYMSON
The E.W. Scripps Company
PIERRE THOMAS
ABC News
MATT THOMPSON
The New York Times
VICKIE WALTON-JAMES
NPR
JUDY WOODRUFF
PBS/The NewsHour
SUSAN ZIRINSKY
CBS News

**HONORARY LEADERSHIP COUNCIL**
J. SCOTT APPLEWHITE
Associated Press
CHIP BOK
Creators Syndicate
DAHLIA LITHWICK
Slate
TONY MAURO
American Lawyer Media (ret.)
JANE MAYER
The New Yorker
ANDREA MITCHELL
NBC News
CAROL ROSENBERG
The New York Times
PAUL STEIGER
ProPublica
SAUNDRA TORRY
Freelance

Affiliations appear only for purposes of identification.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022

June 8, 2022

The Honorable Analisa Torres
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

VIA E-MAIL

Re: *In re Search Warrant dated November 5, 2021*, 21 MAG 10685

Dear Judge Torres,

In light of the Court's May 24, 2022 order, ECF No. 80, the Reporters Committee for Freedom of the Press ("Reporters Committee") hereby respectfully requests that it be granted leave to file a reply in support of its Objections to Magistrate Judge Cave's Opinion and Order, ECF No. 49 (the "Objections"), no later than fourteen (14) calendar days after service of the Government's response, which is due on or before June 24, 2022.

Through their counsel, James O'Keefe, Project Veritas, and amicus the American Civil Liberties Union ("ACLU") have consented to the relief requested herein. Through its counsel, the Government has stated that it has no objection to the relief requested herein.

## Background

On November 5, 2021, Magistrate Judge Cave issued a search warrant permitting the Government to seize and extract information from cellular phones found in the home of James O'Keefe, founder of Project Veritas. *See* Exhibit A to Letter-Motion of Reporters Committee, ECF No. 34-1. On November 15, 2021, the Reporters Committee submitted to this Court and to Judge Cave a letter-motion to unseal the application, affidavits, and other documents related to that November 5 search warrant. ECF No. 34-1.

On December 7, 2021, Judge Cave issued an Opinion and Order denying in full the Reporters Committee's motion. ECF No. 47.

On December 20, 2021, the Reporters Committee filed in this Court its Objections to the Opinion and Order. ECF No. 49. The Government responded to the Reporters Committee's Objections on January 3, 2022, ECF No. 53, and the Reporters Committee replied on January 5, 2022, ECF No. 54.

On May 13, 2022, the ACLU moved for leave to file an amicus letter in support of the Reporters Committee's Objections. ECF Nos. 75, 75-1.

On May 24, 2022, the Court issued an order (1) granting the ACLU's motion for leave to file and (2) instructing the Government to file a consolidated response both to the ACLU's letter and to the Reporters Committee's Objections by June 24, 2022. ECF No. 80.

**Relief Sought**

The Reporters Committee respectfully seeks leave to file a reply in support of its Objections no later than fourteen (14) calendar days after service of the Government's consolidated response.

Respectfully submitted,

/s/ *Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel of Record*
*Reporters Committee for Freedom of the Press*

cc:
Counsel of Record (via ECF)

GRANTED in part, DENIED in part. By **July 1, 2022**, the Reporters Committee for Freedom of the Press shall file its reply, if any.

SO ORDERED.

Dated: June 8, 2022
       New York, New York

ANALISA TORRES
United States District Judge