# BRACEWELL

June 30, 2022

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
      Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the May 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment


cc:   Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105      F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com      bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)  
500 Pearl Street  
New York, NY 10007

June 15, 2022  
Invoice: 21936182

Our Matter:   0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas  
For Services Through May 31, 2022

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/03/22 | Attention to Special Master's analysis of 1st Amendment privilege issues | 2.00 | 1,900.00 |
| 05/04/22 | Attention to various re review | 1.00 | 950.00 |
| 05/05/22 | Review of submissions; conf. with J. Jones | 1.80 | 1,710.00 |
| 05/05/22 | Additional research and drafting for journalistic privilege issues | 4.30 | 4,085.00 |
| 05/06/22 | Revisions for journalistic privilege order | 2.00 | 1,900.00 |
| 05/09/22 | Attention to various re: review; load and review new dat | 2.00 | 1,900.00 |
| 05/12/22 | Revise and edit Special Master submission; call with DS; conf with J. Jones | 2.40 | 2,280.00 |
| 05/12/22 | Conference with J Jones; attention to various re: review and objections | 1.00 | 950.00 |
| 05/16/22 | Review --; meet with team | 0.50 | 475.00 |
| 05/16/22 | Review briefing and draft opinion. | 1.90 | 1,710.00 |
| 05/18/22 | Research and prepare materials for Judge Jones. | 1.10 | 990.00 |
| 05/19/22 | Review material; meet with team | 0.50 | 475.00 |
| 05/19/22 | Research and prepare materials for Judge Jones. | 3.90 | 3,510.00 |

# BRACEWELL

Page 2

Client: United States District Court, Southern District of New York (Veritas)   Invoice: 21936182

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/23/22 | Conf with J. Jones re open legal issues; review of materials | 1.50 | 1,425.00 |
| 05/23/22 | Prepare materials; discussions with Judge Jones. | 1.80 | 1,620.00 |
| 05/24/22 | Attention to review of materials | 3.50 | 3,325.00 |
| 05/25/22 | Review additional materials | 3.80 | 3,610.00 |
| 05/26/22 | Discussion with Special Master and team; prepare materials. | 0.90 | 810.00 |
| 05/31/22 | Attention to technical issues re review | 1.00 | 950.00 |
| **Total Fees** | | | **$ 34,575.00** |

**Expense Detail**

| Date | Cost | Description | Amount |
|---|---|---|---|
| 05/31/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly data Hosting, Monthly User License Inv# INV-CDS-22558 Date: 05/31/2022 | 5,150.88 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN          CONNECTICUT          DALLAS          DUBAI          HOUSTON          LONDON          NEW YORK          SAN ANTONIO          SEATTLE          WASHINGTON, DC

# BRACEWELL

**Page** 3

Client: United States District Court, Southern District of New York (Veritas)   Invoice: 21936182

| | |
|---|---:|
| **Total Expenses** | $ 5,150.88 |
| **Total Fees, Expenses and Charges on This Invoice** | $ 39,725.88 |

Government's 50% share $19,862.94
Petitioners' 50% share $19,862.94

Bracewell LLP    1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100    bracewell.com

AUSTIN        CONNECTICUT        DALLAS        DUBAI        HOUSTON        LONDON        NEW YORK        SAN ANTONIO        SEATTLE        WASHINGTON, DC