USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Search Warrant dated November 5, 2021, | 21 Misc. 813 (AT) |
| In re Search Warrant dated November 3, 2021 | 21 Misc. 819 (AT) |
| In re Search Warrant dated November 3, 2021, | 21 Misc. 825 (AT) |

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Intervenor Reporters Committee for Freedom of the Press' letter dated August 26, 2022. No. 21 Misc. 813, ECF No. 91. By **September 30, 2022**, the Government shall file a response of no more than five pages.

    SO ORDERED.

Dated: September 22, 2022
       New York, New York

ANALISA TORRES
United States District Judge