**REPORTERS COMMITTEE**
**FOR FREEDOM OF THE PRESS**

1156 15th St NW, Suite 1020
Washington, D C  20005
(202) 795-9300 • www rcfp org

Bruce D  Brown, Executive Director
bbrown@rcfp org • (202) 795-9301

**STEERING COMMITTEE CHAIRMAN**
STEPHEN J  ADLER

**STEERING COMMITTEE MEMBERS**
WOLF BLITZER
CNN
DAVID BOARDMAN
Temple University
THEODORE J  BOUTROUS, JR
Gibson, Dunn & Crutcher LLP
MASSIMO CALABRESI
Time Magazine
LYNETTE CLEMETSON
University of Michigan
MANNY GARCIA
Austin American-Statesman
EMILIO GARCIA-RUIZ
San Francisco Chronicle
JOSH GERSTEIN
POLITICO
ALEX GIBNEY
Jigsaw Productions
SUSAN GOLDBERG
National Geographic
GAIL GOVE
NBCUniversal
JAMES GRIMALDI
The Wall Street Journal
LAURA HANDMAN
Davis Wright Tremaine
DIEGO IBARGÜEN
Hearst
JEREMY JOJOLA
9NEWS Colorado
KAREN KAISER
Associated Press
KIMBRIELL KELLY
The Los Angeles Times
DAVID LAUTER
The Los Angeles Times
MARGARET LOW
WBUR
COLLEEN MCCAIN NELSON
The McClatchy Company
MAGGIE MULVIHILL
Boston University
JAMES NEFF
The Philadelphia Inquirer
NORMAN PEARLSTINE
THOMAS C  RUBIN
Stanford Law School
BRUCE W  SANFORD
BakerHostetler, retired
CHARLIE SAVAGE
The New York Times
JENNIFER SONDAG
Bloomberg News
NABIHA SYED
The Markup
ADAM SYMSON
The E W  Scripps Company
PIERRE THOMAS
ABC News
MATT THOMPSON
The New York Times
VICKIE WALTON-JAMES
NPR
SUSAN ZIRINSKY
CBS News

**HONORARY LEADERSHIP COUNCIL**
J  SCOTT APPLEWHITE, *Associated Press*
CHIP BOK, *Creators Syndicate*
DAHLIA LITHWICK, *Slate*
TONY MAURO, *American Lawyer Media, retired*
JANE MAYER, *The New Yorker*
ANDREA MITCHELL, *NBC News*
CAROL ROSENBERG, *The New York Times*
PAUL STEIGER, *ProPublica*
SAUNDRA TORRY, *Freelance*
JUDY WOODRUFF, *the PBS NewsHour*

Affiliations appear only for purposes of identification.

VIA ECF

October 6, 2022

The Honorable Analisa Torres
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres,

    The Reporters Committee for Freedom of the Press hereby respectfully moves for leave to file the attached two-page response to the Government's letter of September 30, 2022, docketed at ECF No. 95.  All parties consent to this filing.

             Respectfully submitted,

             */s/ Katie Townsend*

             Katie Townsend
             REPORTERS COMMITTEE FOR
             FREEDOM OF THE PRESS
             1156 15th St. NW, Suite 1020
             Washington, DC 20005
             Phone: 202.795.9300
             Facsimile: 202.795.9310
             ktownsend@rcfp.org

             *Counsel of Record*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/6/2022

GRANTED.  By **October 12, 2022**, Reporters Committee for Freedom of the Press shall file its response.

SO ORDERED.

Dated: October 6, 2022

    New York, New York

             ANALISA TORRES
             United States District Judge