UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
: **NOTICE OF APPEARANCE**
:
In re Search Warrant Dated November 5, 2021 : Case No. 21-MC-00813 (AT)
:
:
:
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017 appears on behalf of James O'Keefe in connection with the above-referenced matter.

Dated:    New York, New York
           November 15, 2022

 

_____
**JEFFREY LICHTMAN, ESQ. (6328)**
LAW OFFICES OF JEFFREY LICHTMAN
11 East 44th Street, Suite 501
New York, New York 10017
Ph:  (212) 581-1001
Fax: (212) 581-4999
jhl@jeffreylichtman.com