UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :

                                              :      **NOTICE OF APPEARANCE**

In re Search Warrant Dated November 5, 2021    :      Case No. 21-MC-00813 (AT)

                                              :

                                              :
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT** Marc Fernich, Esq., 800 Third Avenue, 20th Floor, New York, New York 10022 appears on behalf of James O'Keefe in connection with the above-referenced matter.

Dated:      New York, New York
               November 15, 2022

                                                                       /s/ Marc Fernich
                                                                     Marc Fernich, Esq.
                                                                     800 Third Avenue
                                                                     Fl 20
                                                                     New York, NY 10022
                                                                     (212) 446-2346
                                                                     (917) 653-8226
                                                                     maf@fernichlaw.com
                                                                     mfernich@gmail.com
                                                                     fernichlaw.com