IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Search Warrant dated November 5, 2021

                                                                  **Case No. 21-mc-00813 (AT)**
                                                                   **Honorable Analisa Torres**

-----------------------------------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE

      Edward D. Greim of Graves Garrett LLC hereby enters his appearance as counsel of record for Project Veritas in the above-referenced action. Counsel has been admitted to practice in this District since 2004.


Dated: December 23, 2022

                                              Respectfully submitted,

                                              GRAVES GARRETT LLC

                                              *s/ Edward D. Greim*
                                              Edward D. Greim, #4240172
                                              1100 Main Street, Suite 2700
                                              Kansas City, MO 64105
                                              Telephone: (816) 256-3181
                                              Fax: (816) 256-5958
                                              edgreim@gravesgarrett.com

                                              ATTORNEY FOR PROJECT VERITAS

**CERTIFICATE OF SERVICE**

    This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, December 23, 2022, to all counsel of record.

                                                   *s/ Edward D. Greim*
                                                   Attorney for Project Veritas