

**CALLI LAW, LLC**
One Flagler Building, Suite 1100
14 Northeast 1st Avenue
Miami, Florida 33132
T. 786.504.0911
F. 786.504.0912
www.calli-law.com

December 23, 2022

**BY EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **In re Search Warrant Dated November 5, 2021, Case No. 21-MC-00813 (AT)**

Dear Judge Torres:

Paul A. Calli, Esq., Charles P. Short, Esq. and Calli Law, LLC move to withdraw as Counsel of record for Petitioners James O'Keefe, Project Veritas, and Project Veritas Action Fund. James O'Keefe continues to be represented by counsel without interruption, including by Jeffrey Lichtman, Esq., Marc Fernich, Esq., Ben Barr, Esq., Stephen Klein, Esq., and Harlan Protass, Esq. The Project Veritas Entities continue to be represented by counsel without interruption, including by Ben Barr, Esq., Stephen Klein, Esq., Edward D. Greim, Esq. and Harlan Protass, Esq.

Accordingly, Paul A. Calli, Esq., Charles P. Short, Esq., and Calli Law, LLC request that the Court enter an Order granting this motion and discharging them from all further legal representation and responsibility in this matter.

Respectfully submitted,

CALLI LAW, LLC

By: /s/_____
    Paul A. Calli
    Charles P. Short
14 NE 1st Avenue
Suite 1100
Miami, FL 33132
T. 786-504-0911
F. 786-504-0912
pcalli@calli-law.com
cshort@calli-law.com

1

*Admitted Pro Hac Vice*

cc: All Counsel of Record (via ECF)