

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2022

December 23, 2022

**BY EMAIL**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **In re Search Warrant Dated November 5, 2021, Case No. 21-MC-00813 (AT)**

Dear Judge Torres:

Paul A. Calli, Esq., Charles P. Short, Esq. and Calli Law, LLC move to withdraw as Counsel of record for Petitioners James O'Keefe, Project Veritas, and Project Veritas Action Fund. James O'Keefe continues to be represented by counsel without interruption, including by Jeffrey Lichtman, Esq., Marc Fernich, Esq., Ben Barr, Esq., Stephen Klein, Esq., and Harlan Protass, Esq. The Project Veritas Entities continue to be represented by counsel without interruption, including by Ben Barr, Esq., Stephen Klein, Esq., Edward D. Greim, Esq. and Harlan Protass, Esq.

Accordingly, Paul A. Calli, Esq., Charles P. Short, Esq., and Calli Law, LLC request that the Court enter an Order granting this motion and discharging them from all further legal representation and responsibility in this matter.

GRANTED. The Clerk of Court is directed to terminate Paul A. Calli, Charles P. Short, and Calli Law, LLC from the docket.

SO ORDERED.

Dated: December 27, 2022
New York, New York

ANALISA TORRES
United States District Judge