# BRACEWELL

January 19, 2023

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Search Warrants dated November 3 and 5, 2021*,
         Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

   Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the December 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

   I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

   As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment


cc:   Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com     bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

January 09, 2023
Invoice: 21949434

Our Matter: 0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through December 31, 2022

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/01/22 | Review materials; research legal issue. | 3.30 | 2,970.00 |
| 12/01/22 | Review objections | 1.00 | 950.00 |
| 12/05/22 | Review materials. | 2.60 | 2,340.00 |
| 12/06/22 | Review texts for privilege designations. | 1.50 | 1,425.00 |
| 12/06/22 | Review materials. | 3.40 | 3,060.00 |
| 12/06/22 | Review materials with Judge Jones; draft correspondence to parties | 2.30 | 2,185.00 |
| 12/07/22 | Review materials. | 0.60 | 540.00 |
| 12/08/22 | Review materials. | 0.90 | 810.00 |
| 12/21/22 | Attention to correspondence with parties re: briefing | 0.50 | 475.00 |
| 12/22/22 | Review parties' emails re: propriety of "Ex Parte" procedure; discussion D. Shargel. | 0.80 | 760.00 |
| 12/22/22 | Attention to various re: CF briefing; conference with Judge Jones; email correspondence with parties | 1.00 | 950.00 |
| 12/27/22 | Review email correspondence; draft email to parties | 0.50 | 475.00 |
| 12/28/22 | Review and approve letter to counsel | 0.30 | 285.00 |
| 12/28/22 | Review crime fraud submissions; research re: same. | 1.10 | 990.00 |

# BRACEWELL

**Page** 2

Client: United States District Court, Southern District of New York (Veritas)  Invoice: 21949434

| **Date** | **Description** | **Hours** | **Amount** |
|---|---|---|---|
| 12/28/22 | Attention to issues re: briefing and correspondence with parties | 1.00 | 950.00 |

**Total Fees** $ 19,165.00

## Expense Detail

| **Date** | **Cost** | **Description** | **Amount** |
|---|---|---|---|
| 12/31/22 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, user license and Project Management Inv# INV-CDS-28686 Date: 12/31/2022 | 5,673.19 |

**Total Expenses** $ 5,673.19

**Total Fees, Expenses and Charges on This Invoice** $ 24,838.19

Government's 50% share: $12,419.09
Petitioners' 50% share: $12,419.09

Bracewell LLP   31 W. 52nd Street, Suite 1900 New York, New York 10019-0019   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC