IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Search Warrant dated November 3, 2021,

    Plaintiff,

                        Case No. 21-mc-00825
                        Honorable Analisa Torres

---

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 1.3 of the United States Courts for the Southern District of New York, Todd P. Graves hereby moves this Court for an Order for admission to practice *Pro Hac* Vice to appear as counsel for Project Veritas in the above-captioned action.

I am in good standing of the bars of the states of Missouri, Iowa, Kansas, and Texas and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit in support pursuant to Local Civil Rule 1.3.

Dated: January 25, 2023

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Todd P. Graves

Firm Name: Graves Garrett LLC

Address: 1100 Main Street, Suite 2700

City/State/Zip: Kansas City, MO 64105

Phone/Fax: (816) 256-3181/(816) 256-5958

Email: tgraves@gravesgarrett.com

1