IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**In re Search Warrant dated November 3, 2021,**

    **Plaintiff,**

        **Case No. 21-mc-00825**
        **Honorable Analisa Torres**

-----------------------------------------------------------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION**
**PRO HAC VICE**

I, Todd P. Graves, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Graves Garrett LLC.

2. I submit this affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the certificates of good standing, submitted as an accompanying attachment, I am a member in good standing of the state bars of Missouri, Iowa, Kansas, and Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. The Transaction ID for my registration is: 134562

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Project Veritas.

1

Dated: January 25, 2023

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Todd P. Graves

Firm Name: Graves Garrett LLC

Address: 1100 Main Street, Suite 2700

City/State/Zip: Kansas City, MO 64105

Phone/Fax: (816) 256-3181/(816) 256-5958

Email: tgraves@gravesgarrett.com

Subscribed and affirmed before me this 25 day of January, 2023.

REBEKAH BADELL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MARCH 29, 2025
PLATTE COUNTY
COMMISSION #17050857

_____
Notary Public

My commission expires: 03/29/2025

2