# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

**In re Search Warrant dated November 3, 2021,**

    **Plaintiff,**

                                                          **Case No. 21-mc-00813-AT**
                                                          **Honorable Analisa Torres**

---

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Todd P. Graves, to be admitted, *pro hac vice*, to appear as counsel for Project Veritas in the above-captioned action, it is hereby

    ORDERED, that Todd P. Graves is admitted to practice, *pro hac vice*, in the above-captioned action to represent Project Veritas, in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:_____

                                                    */s/*_____
                                                    Honorable Analisa Torres
                                                    United States District Judge