# BRACEWELL

February 22, 2023


**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007


Re:     *In re: Search Warrants dated November 3 and 5, 2021*,
        Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the January 2022 invoice setting forth the fees, expenses, and costs incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

As always, I am happy to answer any questions the Court may have or provide additional information if necessary.


Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment


cc:     Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105          F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York,New York 10020-1100
barbara.jones@bracewell.com          bracewell.com


AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

February 09, 2023
Invoice: 21951362

Our Matter:              Special Master in Matters of Search Warrants regarding
                         Project Veritas
                         For Services Through January 31, 2023

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/03/23 | Review and prepare materials; discussion with D. Shargel. | 1.90 | 1,710.00 |
| 01/03/23 | Meeting re: objections and report | 2.00 | 1,900.00 |
| 01/11/23 | Revise materials for Judge Jones. | 1.40 | 1,260.00 |
| 01/11/23 | Attention to objections | 0.40 | 380.00 |
| 01/13/23 | Revise materials for Judge Jones. | 1.40 | 1,260.00 |
| 01/24/23 | Draft materials for R&R. | 1.30 | 1,170.00 |
| 01/24/23 | Telephone conference with R Maxwell | 0.30 | 285.00 |
| 01/31/23 | Review objections in preparation for finalizing decisions | 1.70 | 1,615.00 |
| **Total Fees** | | | **$ 9,580.00** |

**Bracewell LLP**   31 W. 52nd Street, Suite 1900 New York, New York 10019-0019.   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC

# BRACEWELL

**Page** 2

Client: United States District Court, Southern District of New York (Veritas)                    Invoice: 21951362

**Expense Detail**

| <u>Date</u> | <u>Cost</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 01/31/23 | Document Production | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Housing Inv# INV-CDS-29605 Date: 01/31/2023 | 5,423.19 |

**Total Expenses**                                                                                                       **$ 5,423.19**

**Total Fees, Expenses and Charges on This Invoice**                                                    **$ 15,003.19**

Government's 50% share: $7,501.60
Petitioners' 50% share: $7,501.60

**Bracewell LLP**   31 W. 52nd Street, Suite 1900 New York, New York 10019-0019   bracewell.com

AUSTIN          CONNECTICUT          DALLAS          DUBAI          HOUSTON          LONDON          NEW YORK          SAN ANTONIO          SEATTLE          WASHINGTON, DC