**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Search Warrant Dated November 5, 2021 | Case No.: 21 Misc. 813 (AT) |
| In re Search Warrant Dated November 3, 2021 | Case No.: 21 Misc. 819 (AT) |
| In re Search Warrant Dated November 3, 2021 | Case No.: 21 Misc. 825 (AT) |

**PETITIONERS' MOTION**
**FOR LEAVE TO FILE UNDER SEAL**

On behalf of all Petitioners, Petitioner Project Veritas respectfully moves for leave to file under seal, pursuant to Rule IV(A) of the Court's Individual Practice Rules, Petitioners' Non-Public Objections to the Special Master's Report and Recommendation. The Non-Public Objections discuss specific documents addressed by the Report and Recommendation that have not been disclosed to the Government's Investigative Team due to claims of privilege under the First Amendment, the Journalistic Privilege and Attorney-Client Privilege. Petitioners' Public Objections will be publicly filed and discuss the law and facts without revealing the contents of documents for which privilege is in dispute.

In accordance with this Court's Rule, Petitioner Project Veritas, Inc., therefore seeks on its own behalf and on behalf of all Petitioners leave to submit the Non-Public Objections under seal.

1

Dated: May 2, 2023

Respectfully submitted,

*/s/ Edward D. Greim*
Edward D. Greim #4240172

Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 54105
(816) 256-3138
edgreim@gravesgarrett.com

*Counsel for Petitioner Project Veritas*

## CERTIFICATE OF SERVICE

This certifies that the foregoing was served via the Court's Electronic Case Filing System

on the date of filing, May 2, 2023, to all counsel of record.

*s/ Edward D. Greim*
Attorneys for Petitioners