**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Search Warrant Dated November 5, 2021 | Case No.: 21 Misc. 813 (AT) |
| In re Search Warrant Dated November 3, 2021 | Case No.: 21 Misc. 819 (AT) |
| In re Search Warrant Dated November 3, 2021 | Case No.: 21 Misc. 825 (AT) |
| | **PETITIONERS' MEMORANDUM IN SUPPORT OF THE MOTION FOR LEAVE TO FILE UNDER SEAL** |

On behalf of all Petitioners, Petitioner Project Veritas, pursuant to Rule IV(A) of the Court's Individual Practice Rules, has moved for leave to file under seal Petitioners' Non-Public Objections to the Special Master's Report and Recommendation. At issue are approximately 1,000 documents seized from Petitioners via three search warrants. This Court implemented a protocol whereby the Government's filter team proposed disclosure of certain documents to the Government's investigative team, and a Special Master was to rule on Petitioners' objections to relevance and privilege. The Special Master reviewed arguments of counsel, including certain sealed submissions, and reviewed the documents *in camera*. She has now issued her Report and Recommendations (the "Report"). The Report is public, but details and spreadsheets regarding specific documents were redacted and unredacted versions were made available to Petitioners. The seized documents at issue, of course, have not been disclosed while Petitioners' privilege objections are under review.

1

Petitioners now seek to file Non-Public Objections detailing their objections to specific documents addressed by the Report and the accompanying confidential spreadsheets. The Non-Public Objections quote and discuss the contents of specific documents in support of Petitioners' arguments that the First Amendment, the Journalistic Privilege, and the Attorney-Client Privilege should preclude disclosure of the documents. Filing under seal is necessary to avoid public disclosure, which would destroy the very privileges at issue.

The relief Petitioners seek is narrowly tailored. Petitioners have contemporaneously filed the Public Portion of their Objections to the Special Master's Report and Recommendation, which fully sets forth Petitioners' legal argument while also discussing the documents with sufficient generality to serve the public interest in understanding the dispute, while avoiding a waiver of the very privileges and constitutional protections these Objections seek to vindicate.

In accordance with this Court's Rule, therefore, Petitioners respectfully seek leave to submit Petitioners' Non-Public Objections to the Special Master's Report and Recommendation under seal.

Dated: May 2, 2023

                Respectfully submitted,

                */s/ Edward D. Greim*
                Edward D. Greim #4240172

                Graves Garrett LLC
                1100 Main Street, Suite 2700
                Kansas City, MO 54105
                (816) 256-3138
                edgreim@gravesgarrett.com

                *Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

      This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, May 2, 2023, to all counsel of record.

*s/ Edward D. Greim*
Attorneys for Petitioners
