

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request the opportunity to respond on or before May 23, 2023, to the Petitioners' objections filed on May 2, 2023 (*see* Dkt. Nos. 127-29), to the Special Master's Report and Recommendation (Dkt. No. 118).

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

             By: _/s/ Robert B. Sobelman_____
                          Jacqueline Kelly
                          Robert B. Sobelman
                          Mitzi Steiner
                          Assistant United States Attorneys
                          (212) 637-2456/2616/2284

Cc: All Counsel of Record (by ECF)