

Case 1:21-mc-00813-AT   Document 132   Filed 05/10/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2023

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 10, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request the opportunity to respond on or before May 23, 2023, to the Petitioners' objections filed on May 2, 2023 (*see* Dkt. Nos. 127-29), to the Special Master's Report and Recommendation (Dkt. No. 118).

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By: /s/ Robert B. Sobelman
      Jacqueline Kelly
      Robert B. Sobelman
      Mitzi Steiner
      Assistant United States Attorneys
      (212) 637-2456/2616/2284

GRANTED.  By **May 23, 2023**, the Government shall respond to Petitioners' objections, ECF No. 127.

SO ORDERED.

Dated: May 10, 2023
       New York, New York

                              ANALISA TORRES
                              United States District Judge