

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that, in addition to the Government's investigative team's response to the Petitioners' publicly filed objections that is due on May 23, 2023 (Dkt. No. 133), the Government's filter team be provided the opportunity to respond on or before June 6, 2023, to the Petitioners' non-public objections filed under seal on May 2, 2023, to the Special Master's Report and Recommendation (Dkt. No. 118).

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: /s/ Robert B. Sobelman
    Jacqueline Kelly
    Robert B. Sobelman
    Mitzi Steiner
    Assistant United States Attorneys
    (212) 637-2456/2616/2284

Cc: All Counsel of Record (by ECF)