U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/23/2023

May 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that, in addition to the Government's investigative team's response to the Petitioners' publicly filed objections that is due on May 23, 2023 (Dkt. No. 133), the Government's filter team be provided the opportunity to respond on or before June 6, 2023, to the Petitioners' non-public objections filed under seal on May 2, 2023, to the Special Master's Report and Recommendation (Dkt. No. 118).

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: *Robert B. Sobelman*
    Jacqueline Kelly
    Robert B. Sobelman
    Mitzi Steiner
    Assistant United States Attorneys
    (212) 637-2456/2616/2284

GRANTED.  By **June 6, 2023**, the Government's filter team shall respond to Petitioners' non-public objections.

SO ORDERED.

Dated: May 23, 2023
    New York, New York