

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/2023__
```

Edward D. Greim
1100 Main St., Suite 2700
Kansas City, MO 64105
Direct Dial: (816) 256-4144
edgreim@gravesgarrett.com

June 2, 2023

**BY ECF**
Hon. Analisa Torres
United States District Judge,
 Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

  Re: *In re Search Warrants dated November 3 and 5, 2021*, No. 21 Misc. 813, No. 21 Misc. 819, No. 21 Misc. 825 (AT), Letter Motion for Leave to File Reply regarding Objections to Master's Report and Recommendations

Dear Judge Torres:

  This firm represents Petitioner Project Veritas, but we write on behalf of all Petitioners in the above-referenced cases to respectfully request leave to file a combined reply, responding to both the Government's investigative team brief (already filed) and its filter team brief (expected to be filed June 6, 2023), on the Petitioners' Objections to the Master's Recommendations. *See* Section I.C, Individual Practices. With your permission, we would file the combined reply on June 20, 2023.

Respectfully submitted,

*/s/ Edward Greim*

GRANTED.  By **June 20, 2023**, Petitioners shall file their combined reply.

SO ORDERED.

Dated: June 5, 2023
   New York, New York

*/s/*
ANALISA TORRES
United States District Judge