AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| In re: Search Warrant dated November 5, 2021 | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| *Defendant* | ) |

Case No.   1:21-mc-00813-AT

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Freedom of the Press Foundation & Foundation for Individual Rights and Expression                        .

Date:      06/05/2023

/s/ Brian Hauss
*Attorney's signature*

Brian Hauss NYBSA # 5437751
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

BHauss@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*