AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: Search Warrant dated November 5, 2021 | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-mc-00813-AT |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Freedom of the Press Foundation & Foundation for Individual Rights and Expression           .

Date:   06/05/2023                                                /s/ Brett Max Kaufman
                                                                      *Attorney's signature*

                                                          Brett Max Kaufman NYSBA # 4828398
                                                             *Printed name and bar number*

                                                         American Civil Liberties Union Foundation
                                                               125 Broad Street, 18th Floor
                                                                  New York, NY 10004
                                                                        *Address*

                                                                   bkaufman@aclu.org
                                                                     *E-mail address*

                                                                    (212) 549-2500
                                                                   *Telephone number*

                                                                    (212) 549-2654
                                                                      *FAX number*