

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**BY ECF & E-MAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government's filter team respectfully submits this letter to request a three-day extension of the date by which the filter team must respond to the Petitioners' non-public objections. The Government's Relativity document platform that hosts the documents under review in this matter, including those at issue in the Petitioners' non-public objections, experienced an outage from last Friday through to this morning. Accordingly, the Government's filter team respectfully requests an extension to Friday, June 9, 2023, to respond to the Petitioners' non-public objections.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                By: _____
                        Lisa Korologos
                        Kevin Sullivan
                        Assistant United States Attorneys
                        (212) 637-2406 / (914) 993-1924

Cc:    All Counsel of Record (by ECF & E-Mail)