```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/6/2023
```

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**BY ECF & E-MAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

  The Government's filter team respectfully submits this letter to request a three-day extension of the date by which the filter team must respond to the Petitioners' non-public objections. The Government's Relativity document platform that hosts the documents under review in this matter, including those at issue in the Petitioners' non-public objections, experienced an outage from last Friday through to this morning. Accordingly, the Government's filter team respectfully requests an extension to Friday, June 9, 2023, to respond to the Petitioners' non-public objections.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

       By: _____
         Lisa Korologos
         Kevin Sullivan
         Assistant United States Attorneys
         (212) 637-2406 / (914) 993-1924

GRANTED.

SO ORDERED.

Dated: June 6, 2023
   New York, New York

           _____
           ANALISA TORRES
           United States District Judge