USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/13/2023___

Edward D. Greim
1100 Main St., Suite 2700
Kansas City, MO 64105
Direct Dial: (816) 256-4144
edgreim@gravesgarrett.com

June 12, 2023

**BY ECF**
Hon. Analisa Torres
United States District Judge,
 Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *In re Search Warrants dated November 3 and 5, 2021*, **No. 21 Misc. 813, No. 21 Misc. 819, No. 21 Misc. 825 (AT), Letter Motion for extension.**

Dear Judge Torres:

We write on behalf of all Petitioners in the above-referenced cases to respectfully request a **3-day extension**, to **Friday, June 23, 2023**, of our current deadline of Tues., June 20, 2023, to reply to both the Government's investigative team brief and its filter team brief. *See* Section I.C, Individual Practices. When our June 20th deadline was originally set, the filter team was to file its brief on June 6th. However, the filter team later received its own 3-day extension to Friday, June 9th, and then filed that date around midnight, serving its 34-page brief only on certain counsel. Upon our review this morning, it appears that a separate sealed reply will in fact be necessary to discuss certain confidential documents addressed in the filter team's response. With your permission, then, we would file the public and sealed replies on Friday, June 23, 2023.

Respectfully submitted,

Edward D. Greim

GRANTED.

SO ORDERED.

Dated: June 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge