# BRACEWELL

June 20, 2023

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:  *In re: Search Warrants dated November 3 and 5, 2021*,
      Nos. 21 Misc. 813, 21 Misc. 819 and 21 Misc. 825 (AT)

Dear Judge Torres:

     Pursuant to the Court's Order, dated February 18, 2022 ("Order"), I am submitting for the Court's review the invoice covering April and May 2023 setting forth expenses incurred by me and my firm in connection with my role as Special Master in the above-referenced matters.

     I have shared this invoice with the parties prior to submittal and provided them an opportunity to object or ask questions. No objections were received. Accordingly, I respectfully request that the Court approve this invoice and direct the parties to pay the amount set forth therein in accordance with the Order.

     As always, I am happy to answer any questions the Court may have or provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

Attachment

cc:   Counsel for all parties

**Barbara S. Jones**
Partner

T:+1.212.508.6105   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com   bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

United States District Court, Southern District of New York (Veritas)
500 Pearl Street
New York, NY 10007

June 12, 2023
Invoice: 21959002

Our Matter: 0004730.000001 Special Master in Matters of Search Warrants regarding Project Veritas
For Services Through June 06, 2023

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|

**Total Fees** $ 0.00

**Expense Detail**

| Date | Cost | Description | Amount |
|---|---|---|---|
| 04/30/23 | Other | Complete Discovery Source - Vendor: Complete Discovery Source - Confidential Matter - PV Inv# INV-CDS-32288 Date: 04/30/2023 | 1,739.16 |
| 05/31/23 | Other | Complete Discovery Source - Vendor: Complete Discovery Source - Monthly Data Hosting, Monthly User License, Project Management Inv# INV-CDS-33011 Date: 05/31/2023 | 1,635.32 |

**Total Expenses** $ 3,374.48

**Total Fees, Expenses and Charges on This Invoice** $ 3,374.48