UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Search Warrant Dated November 5, 2021 | Case No.: 21 Misc. 813 (AT) |
| In re Search Warrant Dated November 3, 2021 | Case No.: 21 Misc. 819 (AT) |
| In re Search Warrant Dated November 3, 2021 | Case No.: 21 Misc. 825 (AT) |

**PETITIONERS' MEMORANDUM IN SUPPORT OF THE MOTION FOR LEAVE TO FILE UNDER SEAL**

BARR & KLEIN PLLC
Benjamin Barr (admitted *pro hac vice*)
444 N. Michigan Ave., Ste. 1200
Chicago, IL 60611
202-595-4671
ben@barrklein.com

Stephen R. Klein (admitted *pro hac vice*)
1629 K Street NW Ste. 300
Washington, D.C. 2006
202-804-6676
steve@barrklein.com

*Counsel for Project Veritas and James O'Keefe*

GRAVES GARRETT LLC
Edward D. Greim
Todd P. Graves (admitted *pro hac vice*)
Graves Garrett, L.L.C.
1100 Main Street St. 2700
Kansas City, MO 64105
(816) 256-4144
edgreim@gravesgarrett.com

SCHAERR | JAFFE LLP
Erik S. Jaffe
1717 K Street NW, St. 900
Washington, DC 20006
(202) 787-1060
ejaffe@schaerr-jaffe.com

*Counsel for Project Veritas*

| | |
|---|---|
| Jeffrey H. Lichtman<br>Law Offices of Jeffrey Lichtman<br>11 E. 44th St., Suite 5011<br>New York, New York 10017<br>212-581-1001<br>jl@jeffreylichtman.com | GREENBERG TRAURIG LLP<br>Adam S. Hoffinger<br>Steven Harrison<br>2101 L Street N.W., Suite 1000<br>Washington, D.C., 20037<br>202-331-3173<br>hofferinga@gtlaw.com |
| Marc A. Fernich<br>Law Office of Marc Fernich<br>800 Third Avenue, Suite 18<br>New York, New York 10022<br>212-446-2346<br>maf@fernichlaw.com | *Counsel for Eric Cochran* |

*Counsel for James O'Keefe*

THE DICKERSON LAW GROUP, P.A.
Brian E. Dickerson
6846 Trail Boulevard
Naples, FL 34108
202-570-0248
bdickerson@dickerson-law.com

Eric Franz
The Law Offices of Eric Franz, PLLC
One Old Country Road, Suite 347
Carle Place, New York 11514
212-355-2200
eric@efranzlaw.com

*Counsel for Spencer Meads*

**PETITIONER'S MEMORANDUM IN SUPPORT OF THE MOTION**
**<u>FOR LEAVE TO FILE UNDER SEAL</u>**

  On behalf of all Petitioners, Petitioner Project Veritas, pursuant to Rule IV(A) of the Court's Individual Practice Rules, has moved for leave to file under seal Petitioners' Non-Public Reply in Support of Objections to the Special Master's Report and Recommendation. At issue are approximately 1,000 documents seized from Petitioners via three search warrants. This Court

2

implemented a protocol whereby the Government's filter team proposed disclosure of certain documents to the Government's investigative team, and a Special Master was to rule on Petitioners' objections to relevance and privilege. The Special Master reviewed arguments of counsel, including certain sealed submissions, and reviewed the documents *in camera*. She has now issued her Report and Recommendations (the "Report"). The Report is public, but details and spreadsheets regarding specific documents were redacted and unredacted versions were made available to Petitioners. The seized documents at issue, of course, have not been disclosed while Petitioners' privilege objections are under review.

Petitioners now seek to file their Reply in Support of Non-Public Objections which includes details of their objections to specific documents addressed by the Report and the accompanying confidential spreadsheets. The Non-Public Reply quotes and discusses the contents of specific documents in support of Petitioners' arguments that the First Amendment, the Journalistic Privilege, and the Attorney-Client Privilege should preclude disclosure of the documents. Filing under seal is necessary to avoid public disclosure, which would destroy the very privileges at issue.

The relief Petitioners seek is narrowly tailored. Petitioners have contemporaneously filed the Public Portion of their Reply, which fully sets forth Petitioners' legal argument while also discussing the documents with sufficient generality to serve the public interest in understanding the dispute, while avoiding a waiver of the very privileges and constitutional protections these Objections seek to vindicate.

In accordance with this Court's Rule, therefore, Petitioners respectfully seek leave to submit Petitioners' Non-Public Reply in Support of Petitioners' Objections to the Special Master's Report and Recommendation under seal.

Dated: June 23, 2023

Respectfully submitted,

*/s/ Edward D. Greim*
Edward D. Greim #4240172
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 54105
(816) 256-3138
edgreim@gravesgarrett.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

This certifies that the foregoing was served via the Court's Electronic Case Filing System on the date of filing, June 23, 2023, to all counsel of record.

*s/ Edward D. Greim*
Attorneys for Petitioners
