

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 24, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter pursuant to the Court's Order dated December 21, 2023 (Dkt. 68), directing the Government to complete the record by filing on the docket the following documents (*id*. at 23), which are attached as exhibits hereto:

- The Special Master's March 14, 2022 Order (Exhibit 1)

- The Special Master's March 21, 2022 Order (Exhibit 2)

- James E. O'Keefe III and Project Veritas's Brief on First Amendment and Journalistic Privileges, dated April 1, 2022 (Exhibit 3)

- Spencer Meads's Letter Brief on First Amendment and Journalistic Privileges, dated April 1, 2022 (Exhibit 4)

- The Government's Memorandum of Law in Response to Petitioners' Briefs Dated April 1, 2022, dated April 13, 2022 (Exhibit 5)

- James E. O'Keefe III and Project Veritas's Reply Brief on First Amendment and Journalistic Privileges, dated April 20, 2022 (Exhibit 6)

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Robert B. Sobelman*
Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284

Cc: All Counsel of Record (by ECF)