LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com  
ALSO ADMITTED IN MASSACHUSETTS

800 THIRD AVENUE, FLOOR 20  
NEW YORK, NEW YORK 10022  
212-446-2346  
FAX: 212-459-2299  
www.fernichlaw.com

Jan. 24, 2024

**BY ECF**

Hon. Analisa Torres  
USDJ-SDNY  
500 Pearl St.  
New York, NY 10007

Re:   *In Re Search Warrants Dated Nov. 3, 2021*, 21 MC 813 (SDNY) (AT)

Dear Judge Torres:

I am an attorney for James O'Keefe, a petitioner in the referenced proceeding. Earlier today, O'Keefe filed a letter under docket 21 MC 825 joining co-petitioner Spencer Meads's stay motion. I write, at the suggestion of Your Honor's chambers, to note that the letter applies equally to this docket, and to request consolidation of both dockets along with 21 MC 819, a third related matter. I appreciate the Court's attention and consideration.

Respectfully,

Marc Fernich

cc:    All counsel (ECF)