

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/6/2025

February 5, 2025

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *In re Search Warrant dated November 5, 2021*, 21 Misc. 813 (AT)
>       *In re Search Warrant dated November 3, 2021*, 21 Misc. 819 (AT)
>       *In re Search Warrant dated November 3, 2021*, 21 Misc. 825 (AT)

Dear Judge Torres:

      The Government respectfully submits this letter to notify the Court that the grand jury investigation that led to the charges in *United States v. Aimee Harris and Robert Kurlander*, No. 22 Cr. 457 (LTS), and the issuance of the above-referenced search warrants has concluded. Based on information currently available to the Government, no additional criminal charges are forthcoming. Accordingly, the Government requests that the Court terminate the appointment of the Special Master, the Honorable Barbara S. Jones.

                                    Respectfully submitted,

                                      DANIELLE R. SASSOON
                                    United States Attorney

                      By:  /s/
                          Jacqueline Kelly
                          Mitzi Steiner
                          Robert B. Sobelman
                          Assistant United States Attorneys
                          (212) 637-2456/2284/2616

GRANTED. The Clerk of Court is respectfully directed to terminate the appointment of the special master in the three above-captioned cases.

SO ORDERED.

Dated: February 6, 2025
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge